| | |
|---|---|
| 1 | DAVID E. McALLISTER (AZ BN 021551) |
| 2 | JOSEPHINE E. PIRANIO (AZ BN 020630) |
|   | PITE DUNCAN, LLP |
|   | 4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933 |
|   | San Diego, CA 92177-0933 |
| 4 | Telephone: (858) 750-7600 |
|   | Facsimile: (619) 590-1385 |
| 5 | jsalmon@piteduncan.com |

Attorneys for GMAC MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| In re | Case No. 2-09-29704-ECF-GBN |
|---|---|
| LETHE LEW, | Chapter 11 |
| Debtor(s). | GMAC MORTGAGE, LLC'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for GMAC Mortgage, LLC hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Josephine E. Piranio
PITE DUNCAN, LLP

REQUEST FOR SPECIAL NOTICE

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

   a.  Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

   b.  Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

   c.  Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

   d.  Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

   All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: December 1, 2009               PITE DUNCAN, LLP


                                      /s/JOSEPHINE E PIRANIO 020630
                                      JOSEPHINE E. PIRANIO
                                      Attorneys for GMAC MORTGAGE, LLC

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on December 1, 2009. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

Lethe Lew
P.O. Box 1190
Tolleson, AZ 85353

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

U.S. Trustee
Department of Justice
230 North First Avenue Suite 204
Phoenix, AZ 85003

Renee Sandler Shamblin
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 1, 2009, at San Diego, California.

/s/Mary K. Arnold
MARY K. ARNOLD