PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
S.176-049

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA (PHOENIX)

In re                                                    Bk. No. 2:09-bk-29704-GBN

LETHE LEW,                                               Chapter 11

    Debtor.                                          <u>REQUEST FOR SPECIAL NOTICE</u>
_____/

       IT IS HEREBY REQUESTED that copies of any and all notices and orders sent to any person or entity in connection with this case, including, without limitation, service of any proposed disclosure statement and notice of any hearing to consider the adequacy of the disclosure statement in accordance with 11 U.S.C. §1125 and also including those notices sent pursuant to Subdivision (a) of Bankruptcy Rule 2002, or succeeding rules, be also sent to the agents for Specialized Loan Servicing, LLC, its assignees and/or successors in interest, claimant herein, addressed as follows:

          PROBER & RAPHAEL, A LAW CORPORATION
              20750 Ventura Boulevard, Suite 100
               Woodland Hills, California 91364

Dated: December 6, 2009        By /s/ Dean R. Prober
                                     DEAN R. PROBER, ESQ., CA BAR # 106207
                                     As Agent for Specialized Loan Servicing, LLC

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Danielle Seth-Hunter, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On, December 11, 2009 I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Lethe Lew
P.O. Box 1190
Tolleson, AZ 85353
Debtor

Joseph W. Charles, Esquire
P. O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtor

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2009, at Woodland Hills, California.

*/s/ Danielle Seth-Hunter*
Danielle Seth-Hunter