Post-BAPCPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 09-29704
)
) **INDIVIDUAL DEBTOR ENGAGED IN**
) **BUSINESS MONTHLY REPORT**
)
) MONTH OF Dec 1 - Dec 30
)
) DATE PETITION FILED: Nov 18
)
Debtor(s) ) TAX PAYER ID NO.: 616-t8-6001

Nature of Debtor's Business: Individual
Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_____  _____
ORIGINAL SIGNATURE OF DEBTOR   ORIGINAL SIGNATURE OF CO-DEBTOR

Lethe Lew
_____  _____
PRINTED NAME OF DEBTOR   PRINTED NAME OF CO-DEBTOR

_____  _____
DATE   DATE

**PREPARER:**

_____  _____
ORIGINAL SIGNATURE OF PREPARER   TITLE

_____  _____
PRINTED NAME OF PREPARER   DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**

PHONE NUMBER: _____
ADDRESS: _____

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

09-29704

# CASH SUMMARY
# INDIVDUAL DEBTOR

|  | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
|  | Cash | Checking # | Savings # | # |  |
| Balance at Beginning of Period | 341.12 | 1421.27 | 25 |  |  |

### RECEIPTS

| | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | 1350 | | | | |
| Other (attach list) closn. Life Ins | | 869.02 | 213.17 Tax Rehs | | |
| Rental In... | | 5477.68 | | | |
| TOTAL RECEIPTS | 1350 | 6346.60 | 213 | | |

| TOTAL DISBURSEMENTS | 909.40 | 4699.10 | 100 | | |
|---|---|---|---|---|---|
| Balance at End of Month | 845.64 | 3068.27 | 138 | | |

| | | | | | |
|---|---|---|---|---|---|
| Name Acct # | | | | | |
| Name Acct # | | | | | |
| Name Acct # | | | | | |

### DISBURSEMENTS FOR CALCULATING QUARTERLY FEES

| | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | |

Page 2

Case Number: 09-29704

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

Month: Dec 1 - Dec 31
Account #: Cash
Bank Name: _____

## Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | Kitchen | Kitchware | 12.29 |
| | | Gas | 185 |
| | | Food | 372.11 |
| | | Flea and Medicine | 44.60 |
| | | **Total Cash/Electronic Disbursements** | |

## Cash Checks Issued

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | Toiletrie | 74.71 |
| | | | Gift | 205.77 |
| | | | Newspaper | 205.77 |
| | | | Postage | 11.62 |
| | | | | |
| **Total checks listed on this page** | | | | |
| **Total checks listed on continuation pages** | | | | |

**TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements): 909.40**

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay* | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total Payroll Deductions - report on page 2 | | |

* Net Pay should include direct deposits made by your employer to your checking and savings accounts.

| CASE NUMBER | 09-29704 |
|---|---|

**CONTINUATION SHEET**
(INDIVIDUAL ACCOUNTS)

Month: Dec
Account # 5383956663
Bank Name: Wellsfargo

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | Lawyer Fee | Lawyer Fee | 3000 |
| | | HOA | | 530.16 |
| | | Hazard Ins | | 103.94 |
| | | Water bill | | 30 |
| | | bank charge | | 10 |
| | | Saving Transfer | | 25 |
| | | Cash withdraw | | 1000 |

| TOTAL DISBURSEMENTS - THIS PAGE | 4669.1 |
|---|---|

Page 3a

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| Attach a copy of the Bank Statements to the Report | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | | Operating # | Payroll # | Tax # | |
| Balance at Beginning of Period | | | | | |
| **RECEIPTS** | | | | | |
| Cash Sales | | | | | |
| Accounts Receivable - Prepetition | | | | | |
| Accounts Receivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | | | | |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | | | | | |
| Balance at End of Month | | | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Disbursements for Calculating Quarterly Fees (carry forward to page 2) | |

Case Number: 09-29704

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |
| **COST OF GOODS SOLD** | | | |
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |
| **GROSS PROFIT** | | | |
| **OPERATING EXPENSES** | | | |
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |
| Income Before Non-operating Income and Expense | | | |
| **OTHER INCOME & EXPENSE** | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |
| Income Before Reorganization Expense | | | |
| **REORGANIZATION EXPENSES** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |
| Income Tax | | | |
| **NET PROFIT OR (LOSS)** | | | |

Page 5

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| **POST-PETITION LIABILITIES** | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| **PRE-PETITION LIABILITIES** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 6

| Case Number: 0929704 | | | | STATUS OF ASSETS | |

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____
_____
_____

Page 7

Case Number: 09-29704

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 8

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | | |
| Are any post-petition receivables (accounts, notes or loans) due from related par | | |
| Are any wages past due? | | |
| . S. Trustee quarterly fees delinquent? | | |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

_____
_____
_____

umber of employees: _____

## INSURANCE

| Carrier & Pol | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| All state-986 | Hazard Ins | 8/9/2009- 8/9/2010 | 44.68/month |
| All state-944 | Hazard Ins | 10/14/09- 10/14/2010 | 44.10/month |
| All state-944 | Hazard Ins | 10/21/09- 10/21/2010 | 40.56/month |
| All state-986 | Hazard Ins | 02/25/09- 2/25/2010 | 63.38/ Month |
| | | | |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

_____
_____
_____

**Identify any matters that are delaying the filing of a plan of reorganization:**

_____
_____
_____

Page 9

Case Number: 09-29-704

# DISBURSEMENT DETAIL
(Business Entity)

Month: Dec
Account #
Bank Name

| Cash/Electronic Disbursements ||||
|---|---|---|---|
| Date | Payee | Purpose | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **Total Cash/Electronic Disbursements** |  |

| CHECKS ISSUED |||||
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
|  |  |  |  |  |

| Total checks listed on this page | |
|---|---|
| Total checks listed on continuation pages | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

Page 10

Case Number: 09-29704

# DISBURSEMENT DETAIL
## CONTINUATION SHEET

Month: Dec
Account #
Bank Name

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |

TOTAL DISBURSEMENTS - THIS PAGE

Page 10a

Dec-09

Cash

| Date | Description | income | Exp | Balance |
|---|---|---|---|---|
| | | | | 341.12 |
| 12/1/2009 | gas | | 20 | 321.12 |
| 12/4/2009 | gas | | 20 | 301.12 |
| 12/5/2009 | Gas | | 20 | 281.12 |
| 12/6/2009 | mail | | 11.62 | 269.5 |
| 12/9/2009 | gas | | 20 | 249.5 |
| 12/10/2009 | Le Le ( food) | | 11.63 | 237.87 |
| 12/10/2009 | medicine | | 6.78 | 231.09 |
| 12/10/2009 | gas | | 20 | 211.09 |
| 12/13/2009 | Walmart (deco) | | 34.82 | 176.27 |
| 12/13/2010 | Super L ranch ( food) | | 72.52 | 103.75 |
| 12/14/2009 | Mcondald (lunch) | | 1.62 | 102.13 |
| 12/14/2009 | Fresh & east ( Food) | | 4.6 | 97.53 |
| 15-Dec | Costo ( Food) | | 51.78 | 45.75 |
| 15-Dec | Safeway Gas | | 25 | 70.75 |
| 16-Dec | jack in box ( lunch) | | 7.55 | 63.2 |
| 18-Dec | TARGET | | 6.37 | 64.38 |
| 18-Dec | cash form Checking | 1000 | | 1070.75 |
| 18-Dec | Walmart (Vitnam) | | 7.62 | 1063.13 |
| 22-Dec | Ampao System( Parking) | | 3 | 1060.13 |
| 20-Dec | Walmart( Kitchen) | | 5.92 | 1054.21 |
| 20-Dec | Circle K ( Gas) | | 20 | 1034.21 |
| 21-Dec | Burger King | | 1.09 | 1033.12 |
| 24-Dec | Le Le ( food) | | 135.65 | 897.47 |
| 24-Dec | Chevron ( gas) | | 20 | 877.47 |
| 25-Dec | Walgreen (GIFT) | | 10.82 | 866.65 |
| 25-Dec | Wal grren (gift) | | 194.95 | 671.7 |
| 26-Dec | Wal mark( food) | | 45.25 | 626.45 |
| 26-Dec | withdraw form checking | | 250 | 876.45 |
| 12/29/2009 | Walmart ( food) | | 1.25 | 875.2 |
| 29-Dec | cash from saving | 100 | | 975.2 |
| 29-Dec | Saveway( gas) | | 20 | 955.2 |
| 30-Dec | Budda ( lunch) | | 19 | 936.2 |
| 30-Dec | Super L ranch ( Newspaper) | | 0.5 | 935.7 |
| 30-Dec | Super L ranch ( Food) | | 18.37 | 917.33 |
| 30-Dec | Healty Chinese Herb ( Herb) | | 30 | 887.33 |
| 31-Dec | wal Mart ( Food) | | 1.8 | 885.53 |
| 31-Dec | Wal Mart ( toiletries) | | 39.89 | 845.64 |

→ deduce from Ins closing Acct.

see attcht A

Dec
Checking

| Date | Description | Income | Expance | Balance |
|---|---|---|---|---|
| | | | | 1421.27 |
| 12/8/2009 | 13433 HOA Fine | | 50 | 1371.27 |
| 12/8/2009 | 13706 HOA Fine | | 50 | 1321.27 |
| 12/11/2009 | 24175 W. Tonto HOA | | 47 | |
| 12/11/2009 | 13706 HOA | | 88.91 | 1232.36 |
| 12/11/2009 | 8227 W. Globe | | 70 | 1162.36 |
| 12/11/2009 | 7133 W. Williams HOA | | 70 | 1092.36 |
| 12/11/2009 | 13433 Water bill | | 30 | 1062.36 |
| 12/14/2009 | 7133 NOV rent | 930.4 | | 1992.76 |
| 12/14/2009 | 8227 Globe Dec Rent | 828.05 | | 2820.81 |
| 12/14/2009 | 13706 W. Peck ( Dec Rent) | 776.85 | | 3597.66 |
| 12/14/2009 | 13433 HOA | | 130.81 | 3466.85 |
| 12/16/2009 | Error transfer | | 1000 | 2466.85 |
| 12/16/2009 | Lawyer Fee Joseph Charles PC | | 3000 | -533.15 |
| 12/16/2009 | bank charge | | 10 | -543.15 |
| 12/16/2009 | reversed the error transfer | 540.15 | | -3 |
| 12/21/2009 | reversed the error transfer | 459.85 | | 456.85 |
| 12/18/2009 | 13433 roomate rent | 1130 | | 1586.85 |
| | 8227 2nd rent | 313.73 | | 1900.58 |
| | 24175 first rent and last rent | 670 | | 2570.58 |
| | 7133 W. Wiliams Rent | 828.05 | | 3398.63 |
| | Cash rewithdrawn | | 1000 | 2398.63 |
| 12/23/2009 | All state Ins 13706 W. Peck | | 40.56 | 2358.07 |
| 12/23/2009 | 24175 W. Tonto HOA returning | 47 | | 2405.07 |
| 12/24/2009 | Life ins closing Bal ( error dept chk) 1119.02-250 | 869.02 | | 3274.09 |
| 12/24/2009 | HOA Fee 24175 W. Tonto St | | 70.44 | 3203.65 |
| 12/24/2009 | All state Ins 7133 W. Williams | | 63.38 | 3140.27 |
| 12/31/2009 | Saving recurring transfer | | 25 | 3115.27 |
| | | 7393.1 | 5746.1 | 3068.27 |
| | Error transfer | 1000 | 1000 | |
| | return HOA | 47 | 47 | |
| | correct amount | 6346.1 | 4699.1 | |

Saving

| Date | Description | Income | exp | Balance |
|---|---|---|---|---|
| | | | | 25 |
| 16-Dec | Error Transfer in form checking | 1000 | | 1025 |
| 17-Dec | Adj the acct transfer back to checking | | 540.15 | 484.85 |
| 21-Dec | Adj the acct transfer back to checking | | 459.85 | 25 |
| 29-Dec | Tax return | 213 | | 238 |
| 29-Dec | Cash withdraw | | 100 | 138 |

# Wells Fargo Business Online®

## Account Activity

**Personal Accounts**

**SAVINGS XXXXXX3154**

### Activity Summary

| | |
|---|---|
| Ending Balance as of 01/05/10 | $732.02 |
| Available Balance | $732.02 |
| Interest earned this period | $0.00 |
| Interest paid year-to-date | $0.00 |

### Transactions

Show: All Transactions for Date Range 12/01/09 to 12/31/09

| Date | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| 12/16/09 | ONLINE TRANSFER REF #IBETFJP8ZX FROM CUSTOM MANAGEMENT(RM) XXXXXX0663 ON 12/16/09 | $1,000.00 | |
| 12/17/09 | OVERDRAFT PROTECTION XFER TO CHECKING | | $540.15 |
| 12/21/09 | ONLINE TRANSFER REF #IBEJQDQ4PQ TO CUSTOM MANAGEMENT(RM) XXXXXX0663 ON 12/21/09 | | $459.85 |
| 12/29/09 | DEPOSIT #183285872 | $113.00 | |
| 12/31/09 | RECURRING TRANSFER REF #OPEFTD3CPJ FROM CUSTOM MANAGEMENT(RM) XXXXXX0663 | $25.00 | |
| Totals | | $1,138.00 | $1,000.00 |

🏠 Equal Housing Lender
© 1995 – 2010 Wells Fargo All rights reserved.



Wells Fargo Business Online®

# Account Activity

**Personal Accounts**

**CUSTOM MANAGEMENT(RM) XXXXXX0663**

### Activity Summary

| | |
|---|---|
| Ending Balance as of 01/05/10 | $2,249.20 |
| Available Balance | $2,249.20 |

### Transactions

Show: All Transactions for Date Range 12/01/09 to 12/31/09

| Date ▽ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| 12/31/09 | RECURRING TRANSFER REF #OPEFTD3CPJ TO SAVINGS XXXXXX3154 | | $25.00 |
| 12/28/09 | ALLSTATE INS CO INS PREM DEC 09 000000985287990 LEW | | $63.38 |
| 12/28/09 | DEPOSIT #193165668 | $869.02 | |
| 12/24/09 | BILL PAY 24175 W. Torrio ON-LINE xxxxx x xxxxx xx-Lot1ON 12-24 | | $70.44 |
| 12/23/09 | BILL PAYMENT RETURN ON 12-23 | $47.00 | |
| 12/22/09 | ALLSTATE INS CO INS PREM DEC 09 000000944433020 LEW | | $40.56 |
| 12/21/09 | ONLINE TRANSFER REF #IBEJQDQ4PQ FROM SAVINGS XXXXXX3154 ON 12/21/09 | $459.66 | |
| 12/16/09 | DEPOSIT MADE IN A BRANCH/STORE #232833441 | $1,941.73 | |
| 12/16/09 | OVERDRAFT TRANSFER FEE | | $10.00 |
| 12/16/09 | OVERDRAFT PROTECTION XFER FROM DEP ACT | $540.15 | |
| 12/16/09 | CHECK # 1026 | | $3,000.00 |
| 12/16/09 | ONLINE TRANSFER REF #IBETFJP8ZX TO SAVINGS XXXXXX3154 ON 12/16/09 | | $1,000.00 |
| 12/14/09 | BILL PAY 13433 HOA RECURRINGxxxxxx323B ON 12-14 | | $130.81 |
| 12/14/09 | DEPOSIT | $2,535.30 | |
| 12/11/09 | BILL PAY valley utilities RECURRINGxxxx0323 ON 12-11 | | $30.00 |
| 12/11/09 | BILL PAY Acacia Crossing- RECURRINGxxxxx x. xxxxx xt,#132ON 12-11 | | $47.00 |
| 12/11/09 | BILL PAY 7133 HOA RECURRING611 ON 12-11 | | $70.00 |
| 12/11/09 | BILL PAY 6227 Globe HOA RECURRINGxxxxxxxx2601 ON 12-11 | | $70.00 |
| 12/11/09 | BILL PAY 13706 HOA RECURRINGxxxx2A1A ON 12-11 | | $68.91 |
| 12/08/09 | BILL PAY 13433 HOA ON-LINE xxxxxx323B ON 12-08 | | $50.00 |
| 12/08/09 | BILL PAY 13706 HOA ON-LINE xxxx2A1A ON 12-08 | | $50.00 |
| **Totals** | | **$6,393.05** | **$4,746.10** |

🏠 Equal Housing Lender
© 1995 – 2010 Wells Fargo. All rights reserved.

# EXPLANATION OF PAYMENT

**AMERITAS**
LIFE INSURANCE CORP.
LINCOLN, NEBRASKA

Toll Free Phone Number
800-745-1112

Explanation of payment for check #: 0001575114

Page 1 of 1

Policy #: 2103091437 V
LETHE SAU MAY LEW, INSURED

Tax ID #:

Comments:
THIS POLICY HAS BEEN TERMINATED AS REQUESTED.

Amount of Check: $1,119.02

Check Date: 12/14/2009

## TRANSACTION DETAIL

| DESCRIPTION | | DEBIT | CREDIT |
|---|---|---|---|
| ACCUMULATION/POLICY VALUE | 1,578.92 | | |
| LESS: SURRENDER CHARGES | 459.90 | | |
| | 27023001 | 1,119.02 | |
| | 13791000 | | 1,119.02 |
| **TOTALS** | | 1,119.02 | 1,119.02 |

Agency: CLOSED FU-CA
Agent:
Prepared By: NCH  CHEKNCH024

Keep This Form For Your Tax Records

AC 3075 Rev. 6-08

Attachment A

