**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Telephone: (623) 939-6546
Fax: (623) 939-6718
Email: attyjcharles@joecharles.com

JOSEPH W. CHARLES, SBN 003038
Attorneys for Debtor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 Proceeding |
| LETHE LEW, | Case No. 2:09-bk-29704-GBN |
| Debtor. | **NOTICE OF FILING MOTION FOR VALUATION AND AVOIDANCE OF UNSECURED JUNIOR TRUST DEED** |
| LETHE LEW, | |
| Movant, | RE: Real Property Located at 7133 W. Williams Street Phoenix, Arizona |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Respondent. | |

**TO DEBTOR, DEBTOR'S COUNSEL AND THE TRUSTEE
AND OTHER PARTIES-IN-INTEREST**

NOTICE IS HEREBY GIVEN pursuant to Local Rules of the United States Bankruptcy Court, Rule No. 4001-1(d), the Debtor has filed a Motion for Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed in the above-referenced Chapter 11 proceeding.

Any objection or response to the Motion for Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed must be in writing and the original filed

with the Clerk of the United States Bankruptcy Court, with a copy served upon Debtor/Movant's attorney, JOSEPH W. CHARLES, P.C., 5704 W. Palmaire Avenue, Glendale, Arizona, 85311.

NOTICE IS HEREBY FURTHER GIVEN that if no objection or response to the Motion for Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed is filed within twenty-one (21) days from the date of service of this Notice of Filing Motion for Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed, Debtor's request may be granted without a hearing, upon the Debtor filing a certificate of service and no objection.

**JOSEPH W. CHARLES, P.C.**

By: /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
*Attorney for Debtor/Movant*

An ORIGINAL of the foregoing was electronically filed with the Clerk of the Court and a COPY was mailed on this 1st day of March, 2010, to each of the following:

Aurora Loan Services, LLC
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933

BAC Home Loans Servicing, LP
c/o Prober and Raphael, a Law Corporation
20750 Ventura Blvd, Suite 100
Woodland Hills, CA  91364

GMAC Mortgage, LLC.
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933

Saxon Mortgage Services, Inc.
1270 Northland Drive, Suite 200
Mendota Heights, MN  55120

Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch
Littleton, CO  80129-2386

Josephine I. Piranio, Esq.
Pite, Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933

Dean R. Prober, Esq.
Prober and Raphael, a Law Corporation
20750 Ventura Blvd, Suite 100
Woodland Hills, CA  91364

Hilary B. Bonial, Esq.
Brice, Vanderlinden & Wernick, P.C.
P.O. Box 829009
Dallas, TX  75382-9009

1    /s/ S. Borek
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28