# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:                                    )        CASE NO.  2:09-29704

)

)        **INDIVIDUAL DEBTOR ENGAGED IN**

*Lew, Lethe*                              )        **BUSINESS MONTHLY REPORT**

)

)            MONTH OF                    Jan, 2010

)

)            DATE PETITION FILED:        11/18/2009

)

Debtor(s) )            TAX PAYER ID NO. :          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

Nature of Debtor's Business:        Individual

Nature of Co-Debtor's Business:

DATE DISCLOSURE STATEMENT    FILED _____ TO BE FILED _____

DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND

THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

| ORIGINAL SIGNATURE OF DEBTOR | ORIGINAL SIGNATURE OF CO-DEBTOR |
|---|---|
| Lethe Lew | |
| PRINTED NAME OF DEBTOR | PRINTED NAME OF CO-DEBTOR |
| Feb 8 , 2010 | |
| DATE | DATE |

**PREPARER:**

| ORIGINAL SIGNATURE OF PREPARER | TITLE |
|---|---|
| PRINTED NAME OF PREPARER | DATE |

**PERSON TO CONTACT REGARDING THIS REPORT:**

PHONE NUMBER: _____

ADDRESS: _____

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE



# CASH SUMMARY
# INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession  Accounts | | | | TOTAL |
| | Cash | Checking | Savings | | |
| --- | --- | --- | --- | --- | --- |
| | | # | # | # | |
| Balance at Beginning of Period | 845.64 | 3068.27 | 138 | | 4051.91 |

**RECEIPTS**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | 973.38 | 2947.05 | 869.03 | | |
| **TOTAL RECEIPTS** | 973.38 | 2947.05 | 869.03 | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **TOTAL DISBURSEMENTS** | 1741.22 | 5800.29 | 900 | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Balance at End of Month** | 77.80 | 215.03 | 107.03 | | |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
| --- | --- | --- | --- | --- |
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
| --- | --- |
| Total Disbursements - Individual DIP Accounts (from above) | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus:  Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less:  Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | |

Page 2

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**PLEASE ATTACH COPIES OF BANK STATEMENTS**

**Month:** Jan-10

**Account #** Cash

**Bank Name** _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | See attched paper | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Cash/Electronic Disbursements | | |

| Cash ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

Case 2:09-bk-29704-GBN     Doc 29     Filed 03/02/10     Entered 03/02/10 15:53:14     Desc
Main Document     Page 3 of 14

CONTINUATION SHEET
(INDIVIDUAL ACCOUNTS)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

| | |
|---|---|
| **Month:** | Jan-10 |
| **Account #** | 5383950663 |
| | 5383950663 |
| **Bank Name** | Wellsfargo |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | SEE ATTACHED ACCOUNT TRANSACTION PAPER | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS - THIS PAGE** | | | | |

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | | BANK ACCOUNTS | | | |
|---|---|---|---|---|---|
| | | Operating | Payroll | Tax | Total |
| | | # | # | # | |
| Balance at Beginning of Period | | | | | |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | | | | | |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | | | | |

| DISBURSEMENTS | | | | | |
|---|---|---|---|---|---|
| Business - Ordinary Operations | | | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | | | | | |

| Balance at End of Month | | | | | |
|---|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** | |

# INCOME STATEMENT
## (Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | | | |
|---|---|---|---|

# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| **POST-PETITION LIABILITIES** | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| **PRE-PETITION LIABILITIES** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 8

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? |  |  |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  |  |
| Are any wages past due? |  |  |
| Are any U. S. Trustee quarterly fees delinquent? |  |  |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

_____

_____

_____

Current number of employees: _____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

_____

_____

_____

**Identify any matters that are delaying the filing of a plan of reorganization:**

_____

_____

_____

Page 9

# DISBURSEMENT DETAIL
### (Business Entity)

PLEASE ATTACH COPIES OF BANK STATEMENTS

Month: _____
Account # _____

Bank Name _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total Cash/Electronic Disbursements |  |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total checks listed on this page |  |  |  |  |
| Total checks listed on continuation pages |  |  |  |  |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) |  |
|---|---|

Page 10

01-01-2010 to 01-31-2010  Cash Transaction

| Date | Description | Income | Exp | Balance |
|---|---|---|---|---|
| | | | | 845.64 |
| 1/1/2010 Super star gas | | | 20 | 825.64 |
| 1/2/2010 Walmart ( Tolietrie+ Misc) | | | 135.54 | 690.1 |
| 1/2/1010 | Columbia Sportwear ( water bottle) | | 8.61 | 681.49 |
| 1/4/2010 Carl Jr ( lunch) | | | 5.26 | 676.23 |
| 1/4/2010 Quiktrip ( gas) | | | 20 | 656.23 |
| 1/5/2010 cash withdraw | | 300 | | 956.23 |
| 1/7/2010 Walmart ( Tolietrie) | | | 41.09 | 915.14 |
| 1/8/2010 Safeway ( newspaper) | | | 1.02 | 914.12 |
| 1/8/2010 safeway ( gas) | | | 20 | 894.12 |
| 1/9/2010 glendale 9 drive ( parking | | | 1.5 | 892.62 |
| 1/11/2010 Saveway Gas | | | 25 | 867.62 |
| 1/12/2010 clsoing all checking accounts | 73.38 | | | 941 |
| 1/14/2010 Cash withdraw | 300 | | | 1241 |
| 1/14/2010 Diesel 18 Tax ( gas) | | | 25 | 1216 |
| 1/14/2010 Super Star Carwash | | | 5 | 1211 |
| 1/14/2010 Jan 16-Jan 31 rent for $375 and security deposit 550 | | | 925 | 286 |
| 1/15/2010 Book Receipt | | | 116 | 170 |
| 1/16/2010 Saveway Gas | | | 20 | 150 |
| 1/17/2010 Supra L Ranch ( Food) | | | 84.41 | 65.59 |
| 1/17/2010 Supra L Ranch ( Food) | | | 38.27 | 27.32 |
| 1/18/2010 family food mart ( lunch) | | | 0.99 | 26.33 |
| 1/19/2010 Carl Jr ( lunch) | | | 2.16 | 24.17 |
| 1/19/2010 Saveway Gas | | | 20 | 4.17 |
| 1/20/2010 Cash withdraw | | 300 | | 304.17 |
| 1/20/2010 Advanced Lube ( car maintance) | | | 90 | 214.17 |
| 1/22/2010 Kt's Valero Gas | | | 20 | 194.17 |
| 1/25/2010 Saveway Gas | | | 20 | 174.17 |
| 1/26/2010 Costco lunch | | | 2.72 | 171.45 |
| 1/29/2010 Saveway Gas | | | 20 | 151.45 |
| 1/30/2010 LEE LEE (food) | | | 73.65 | 77.8 |
| | | 973.38 | 1741.22 | |
| | | | | 77.80 |

01/01/2010 to 01/31/2010
Saving Transaction

| Date | Description | Deposit | Withdraw | Balance |
|---|---|---|---|---|
| | | | | 138 |
| 14-Jan | Transfer money form Checking | 869.02 | | 1007.02 |
| 5-Jan | Cash withdraw | | 300 | 707.02 |
| 14-Jan | Cash withdraw | | 300 | 407.02 |
| 20-Jan | Cash withdraw | | 300 | 107.02 |
| 29-Jan | Interest payment | 0.01 | | 107.03 |

01/01/2010-01/31/2010
Checking Trnasaction

| Date | Description | Check | Income | Expance | Balance |
|---|---|---|---|---|---|
| | | | | | 3068.27 |
| 1/4/2010 | Transfer to Saving | | | 869.02 | 2199.25 |
| 1/7/2010 | Deposit (8227 $1114.20 + 13706 $776.85) | | 1918.05 | | 4117.3 |
| 1/11/2010 | 8227 W Globe Ins | | | 48.08 | 4069.22 |
| 1/12/2010 | Car payment | 1028 | | 1391 | 2678.22 |
| 1/12/2010 | HOA fee-13433 W. Peck | | | 130.81 | 2547.41 |
| 1/12/2010 | HOA fee-13706 W. Peck | | | 88.91 | 2458.5 |
| 1/12/2010 | HOA fee-8227 W. Globe | | | 70 | 2388.5 |
| 1/12/2010 | HOA fee-24175 W. tonto | | | 55.44 | 2333.06 |
| 1/12/2010 | Water bill for 43133 W Peck | | | 30 | 2303.06 |
| 1/14/2010 | 1344 W Peck Ins | | | 50.62 | 2252.44 |
| 1/21/2010 | 13706 Peck Ins | | | 40.58 | 2211.86 |
| 1/22/2010 | Rent for 7133 W williams( Jan) | | 1029 | | 3240.86 |
| 1/26/2010 | 7133 W williams St-Ins | | | 63.39 | 3177.47 |
| 1/27/2010 | 13433 W. Peck Dr-repair( part) | 1031 | | 219.34 | 2958.13 |
| 1/28/2010 | Car payment | 1032 | | 2743.1 | 215.03 |
| | | | 2947.05 | 5800.29 | |