# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | LETHE LEW |
| **Case Number:** | 2:09-bk-29704-GBN     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 06, 2010 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

CHAPTER 11 STATUS HEARING.

**R / M #:**   1 /  0

## *Appearances:*

PATTY CHAN, US TRUSTEE
HARRY LENABURG, ATTORNEY FOR LETHE LEW

## *Proceedings:*

MR. LENABURG ADVISES THAT THE DEBTOR HOPES TO HAVE A PLAN ON FILE IN ABOUT SEVENTY-FIVE DAYS.

MS. CHAN RELATES THAT THERE ARE A COUPLE OF OUTSTANDING ITEMS, INCLUDING PROOF OF INSURANCE, AND THE INCLUSION OF BANK ACCOUNT STATEMENTS.

THE COURT:  A CONTINUED HEARING IS SET FOR JUNE 10, 2010 AT 10:00 A.M.

Case 2:09-bk-29704-GBN   Doc 33   Filed 04/06/10   Entered 04/09/10 16:51:45   Desc
Main Document     Page 1 of 1

04/09/2010  4:51:35PM