1  BRIAN A. PAINO (AZ BN 027091)
   JOSEPHINE E. PIRANIO (AZ BN 020630)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5  jsalmon@piteduncan.com

6  Attorneys for   AURORA LOAN SERVICES, LLC

7

8

9                UNITED STATES BANKRUPTCY COURT

10               DISTRICT OF ARIZONA - PHOENIX DIVISION

11 | In re | Case No. 2:09-bk-29704-GBN |
12 | LETHE LEW, | Chapter 11 |
13 | Debtor(s). | |
14 | AURORA LOAN SERVICES, LLC, | |
15 | Movant, | CERTIFICATION OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 4001-1(b) |
16 | vs. | |
17 | LETHE LEW, Debtor(s); | |
18 | Respondents. | |

19

20  STATE OF CALIFORNIA    )
                          ) ss.
21  County of San Diego    )

22

23      I, Josephine E. Piranio, being first duly sworn upon oath, depose and say:

24      I am an associate attorney employed at the law firm of Pite Duncan, LLP, counsel for

25  Movant, Aurora Loan Services, LLC, in the above-captioned proceeding. I am a citizen of the

26  United States over the age of eighteen years, and am otherwise competent to testify to the matters

27  stated herein. I make this certification to satisfy the requirements of Local Rule 4001-1(b).

28  /./././

- 1 -

| | |
|---|---|
| 1 | I certify that a Meet and Confer letter in compliance with Local Bankruptcy Rule 4001-1(b) |
| 2 | was sent to the Debtor's attorney of record, Joseph W. Charles, via facsimile on March 19, 2010. As |
| 3 | of the date of this Certification, Movant has been unable to resolve this matter with the Debtor. A |
| 4 | true and correct copy of the Meet and Confer letter and the facsimile transmission sheet is attached |
| 5 | hereto collectively as exhibit A and incorporated herein by reference. |
| 6 | Dated: April 14, 2010            PITE DUNCAN, LLP |

JES 020630
JOSEPHINE E. PIRANIO
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# PITE
## DUNCAN
### LLP

**San Diego**

Steven W. Pite *CA NV WA*
John D. Duncan *CA TX WA*
Peter J. Salmon *CA ID UT WA*
David E. McAllister *AZ CA HI OR UT WA*

Rochelle L. Stanford *AZ CA OR WA*
Josephine E. Salmon *AK AZ CA NY*
Laurel I. Handley *AZ CA ID NV*
Daniel R. Gamez *CA TX*
Eddie R. Jimenez *CA NV TX*
Susan L. Petit *AK CA WA*
Douglas A. Toleno *AZ CA*
Cuong M. Nguyen *CA NV*
Casper J. Rankin *CA OR*
Charles A. Correia *CA*
Melodie A. Whitson *CA WA*
Brian A. Paino *AZ CA TX VA*
Christopher M. McDermott *CA*
Jillian A. Benbow *CA*
Thomas N. Abbott *CA*
Tracy D. Fink *TX*
Drew A. Callahan *CA*
Natalie T. Nguyen *CA*
Caroline M. Robert *CA*
Genail M. Anderson *CA*
Ellen Cha *CA MN*
Erin L. Laney *CA*
Angela M. Fontanini *CA*
Jacque A. Gruber *CA NV*
John B. Acierno *CA*
William L. Partridge *CA*
Christopher L. Peterson *CA*
Katie L. Johnson *CA*
Jason W. Short *CA*
Jason L. Eliaser *CA*
Heather Hudson *CA NV*
Joseph C. Delmotte *CA*
Gabriel Ozel *CA NY TX*
Balpreet K. Thiara *CA*
Stefanie A. Schiff *CA*
Anne W. Hamann *CA*
Paul Oudom *CA*

**Mailing - Bankruptcy**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**Mailing - Eviction**
4375 Jutland Drive, Suite 200
P.O. Box 17934
San Diego, CA 92177-0934

Ph: (858) 750-7600
Fax: (619) 590-1385

**Orange County**

Elana J. Moeder *CA*
Bryan T. Brown *CO TX*
Michael J. Fox *CA*

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph: (714) 285-2633
Fax: (714) 285-2668

**Arizona Office**

Christina M. Harper
Kyle J. Shelton
Charles L. Firestein
Phoenix, AZ

**Hawaii Office**

David B. Rosen
Honolulu, HI

**Nevada Office**

Gregg A. Hubley
Ace C. Van Patten
Christina S. Bhirud
Las Vegas, NV

**Texas Office**

Claire A. Mock
William P. Weaver, Jr.
San Antonio, TX

**Washington Office**

Jesse Baker *OR WA*
Seattle, WA

March 19, 2010

**VIA FACSIMILE (623) 939-6718**
Joseph W. Charles
Law Offices of Joseph W. Charles, P.C.
P.O. Box 1737
Glendale, AZ 85311-1737

Re:    In re Lew, Lethe
       Bankruptcy Case No.: 2:09-bk-29704-GBN
       Notice of Default/Intent to File Motion for Relief From Automatic Stay
       Loan No.: 0032170607
       Property Address: 7133 West Williams Street, Phoenix, Arizona 85043
       Our Client: Aurora Loan Services LLC
       Our File No.: 000004-053483-M

Dear Mr. Charles:

This is an attempt to meet and confer regarding the above-referenced loan. Please be advised that our firm has been retained by Aurora Loan Services LLC the beneficiary and/or authorized loan servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001-1(b) to inform you that the above-referenced account is due for November 1st, 2009, and the contractual arrears are in the amount of $6,063.87; the post-petition account is due also for November 1st, 2009, and the post-petition arrears are in the amount of $5,697.55.

Please contact our office to arrange payment of the above arrears, an Adequate Protection Order, or other resolution of the default. Please note that absent a written resolution of the matter within five (5) business days of the date of this letter, our office will immediately file a Motion for Relief From Automatic Stay. Please note that payment should be in certified funds and sent to:

Monica Mora
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Of course, once a Motion is filed, our office may still be willing to attempt an amicable resolution of this matter in order to avoid a hearing.

If you have any questions in regard to this matter, please contact our office at (858) 750-7600.

Very truly yours,

*/s/ Carlos R. Guzman*

Carlos R. Guzman

CRG

EXHIBIT A

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X                                                                          P. 01 X
X                         TRANSACTION REPORT                                     X
X                         ───────────────────                                    X
X                                                          MAR-19-2010 FRI 10:59 AM X
X                                                                                X
X       FOR: PGA/TORREY PINES          858 535 9904                              X
X────────────────────────────────────────────────────────────────────────────────X
X       SEND                                                                     X
X  DATE   START    RECEIVER     TX TIME   PAGES TYPE    NOTE          M#   DP   X
X  MAR-19 10:58 AM 616239396718   24"      1   FAX TX    OK           606       X
X                                                                                X
X                                  TOTAL :    24S  PAGES:  1                     X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

# PITE DUNCAN LLP

**San Diego**

Steven W. Pite CA/NV/WA
John D. Duncan CA/TX/WA
Peter J. Salmon CA/ID/UT/WA
David E. McAllister AZ/CA/HI/OR/UT/WA

Rochelle L. Stanford AZ/CA/OR/WA
Josephine E. Salmon AK/AZ/CA/NY
Laurel I. Handley AZ/CA/ID/NV
Daniel R. Gamez CA/TX
Eddie R. Jimenez CA/NV/TX
Susan L. Pett AK/CA/WA
Douglas A. Toleno AZ/CA
Cuong M. Nguyen CA/NV
Casper J. Rankin CA/OR
Charles A. Correia CA
Melodie A. Whitson CA/WA
Brian A. Paino AZ/CA/TX/WA
Christopher M. McDermott CA
Jillian A. Benbow CA
Thomas N. Abbott CA
Tracy D. Fink TX
Drew A. Callahan CA
Natalie T. Nguyen CA
Caroline M. Robert CA
Genali M. Anderson CA
Ellen Cha CA/MN
Erin L. Janney CA
Angela M. Fontanini CA
Jacque A. Gruber CA/NV
John B. Acierno CA
William L. Partridge CA
Christopher L. Peterson CA
Katie L. Johnson CA
Jason W. Short CA
Jason L. Klinser CA
Heather Hudson CA/NV
Joseph C. Delmotte CA
Gabriel Ozel CA/NY/TX
Balpreet K. Thiara CA
Stefanie A. Schill CA
Anne W. Humann CA
Paul Oudom CA

*Mailing - Bankruptcy*
4175 Iroland Drive, Suite 200

March 19, 2010

**VIA FACSIMILE (623) 939-6718**
Joseph W. Charles
Law Offices of Joseph W. Charles, P.C.
P.O. Box 1737
Glendale, AZ 85311-1737

Re:  In re Lew, Lethe
     Bankruptcy Case No.: 2:09-bk-29704-GBN
     Notice of Default/Intent to File Motion for Relief From Automatic Stay
     Loan No.: 0032170607
     Property Address: 7133 West Williams Street, Phoenix, Arizona 85043
     Our Client: Aurora Loan Services LLC
     Our File No.: 000004-053483-M

Dear Mr. Charles:

This is an attempt to meet and confer regarding the above-referenced loan. Please be advised that our firm has been retained by Aurora Loan Services LLC the beneficiary and/or authorized loan servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001-1(b) to inform you that the above-referenced account is due for November 1st, 2009, and the contractual arrears are in the amount of $6,063.87; the post-petition account is due also for November 1st, 2009, and the post-petition arrears are in the amount of $5,697.55.