# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

Lew, Lethe

Debtor(s)

CASE NO. **09-29704**

**INDIVIDUAL DEBTOR ENGAGED IN
BUSINESS MONTHLY REPORT**

MONTH OF _____ Feb-10

DATE PETITION FILED: _____ 11/18/2009

TAX PAYER ID NO. : _____ 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

Nature of Debtor's Business: Individual
Nature of Co-Debtor's Business:

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

ORIGINAL SIGNATURE OF DEBTOR

Lethe Lew
PRINTED NAME OF DEBTOR

3/15/2010
DATE

ORIGINAL SIGNATURE OF CO-DEBTOR

PRINTED NAME OF CO-DEBTOR

DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER

TITLE

PRINTED NAME OF PREPARER

DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**

PHONE NUMBER

ADDRESS

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE



# CASH SUMMARY
# INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | | |
| | | # | # | # | |
| Balance at Beginning of Period | 77.08 | 215.03 | 107.03 | | 399.14 |
| **RECEIPTS** | | | | | |
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | 1600 | 4465.4 | 1218.56 | | |
| **TOTAL RECEIPTS** | 1600 | 4465.4 | 1218.56 | | |
| **TOTAL DISBURSEMENTS** | 1448.67 | 3436.7 | 519.35 | | |
| **Balance at End of Month** | 228.41 | 1243.73 | 806.24 | | |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchases | Interest Charged | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus:  Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less:  Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | |

# DISBURSEMENT DETAIL
### (INDIVIDUAL ACCOUNTS)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

**Month:** Jan-10

**Account #** Cash

**Bank Name**

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | See attched paper | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Cash/Electronic Disbursements | | |

| Cash ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|
| | |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Payroll Deductions - report on page 2 | | | | | | |

Case 2:09-bk-29704-GBN    Doc 41    Filed 04/21/10    Entered 04/21/10 12:27:21    Desc
Main Document    Page 3 of 22

PLEASE ATTACH COPIES OF BANK STATEMENTS

# CONTINUATION SHEET
(INDIVIDUAL ACCOUNTS)

**Month:** Jan-10

**Account #** 5383950663
5383950663

**Bank Name** Wellsfargo

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | SEE ATTACHED ACCOUNT TRANSACTION PAPER | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CHECKS ISSUED**

**TOTAL DISBURSEMENTS THIS PAGE**

Case 2:09-bk-29704-GBN    Doc 41    Filed 04/21/10    Entered 04/21/10 12:27:21    Desc
Main Document    Page 4 of 22

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | Operating | Payroll | Tax | Total |
| | # | # | # | |
| Balance at Beginning of Period | | | | |

| RECEIPTS | | | | |
|---|---|---|---|---|
| Cash Sales | | | | |
| Accounts Rceivable - Prepetition | | | | |
| Accounts Rceivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| | | | | |
| TOTAL RECEIPTS | | | | |

| DISBURSEMENTS | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | | | | |
| Capitol Improvements | | | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| | | | | |
| | | | | |
| Reorganization Expenses: | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| TOTAL DISBURSEMENTS | | | | |

| Balance at End of Month | | | | |
|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** | |

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | 325 | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | | | |
|---|---|---|---|

# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Case 2:09-bk-29704-GBN    Doc 41    Filed 04/21/10    Entered 04/21/10 12:27:21    Desc
Main Document    Page 7 of 22

| | | | | |
|---|---|---|---|---|
| | | | | |

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus:  Purchases | |
| Less:  Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
|   Accumulated Depreciation | | | | |
|   Net Buildings | | | | |
| Equipment | | | | |
|   Accumulated Depreciation | | | | |
|   Net Equipment | | | | |
| Autos/Vehicles | | | | |
|   Accumulated Depreciation | | | | |
|   Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Page 7

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 8

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? |  |  |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  |  |
| Are any wages past due? |  |  |
| Are any U. S. Trustee quarterly fees delinquent? |  |  |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

_____

_____

_____

Current number of employees: _____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

_____

_____

_____

**Identify any matters that are delaying the filing of a plan of reorganization:**

_____

_____

_____

Page 9

# DISBURSEMENT DETAIL
## (Business Entity)

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

**Month:** _____
**Account #** _____

**Bank Name** _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| Checks Issued | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

Page 10

02-01-2010 to 02-28-2010   Cash Transaction

| Date | Description | Income | Exp | Balance |
|------|-------------|--------|-----|---------|
| 1/31/2010 | | | | 77.8 |
| 2/1/2010 | Circle K | | 20 | 57.8 |
| 2/2/2010 | Withdraw from Saving | 100 | | 157.8 |
| 2/2/2010 | Le Le ( Food) | | 117.71 | 40.09 |
| 2/3/2010 | SAFEWAY ( Gas) | | 20 | 20.09 |
| 2/4/2010 | Walgreens ( toiletrie) | | 3.1 | 16.99 |
| 2/5/2010 | Withdraw from Checking | 1000 | | 1016.99 |
| 2/5/2010 | Circle K ( Gas) | | 20 | 996.99 |
| 2/7/2010 | Costco ( Food) | | 119.65 | 877.34 |
| 2/8/2010 | SAFEWAY (gas) | | 20 | 857.34 |
| 2/11/2010 | 2626 S 83rd (Gas) | | 20 | 837.34 |
| 2/12/2010 | Le Le ( food) | | 18.79 | 818.55 |
| 2/12/2010 | Cash back form Saving | 200 | | 1018.55 |
| 2/12/2010 | Rent | | 750 | 268.55 |
| 2/13/2010 | Walmart ( Toiletre) | | 50.15 | 218.4 |
| 2/13/2010 | Mekong Supermarket ( food) | | 83.27 | 135.13 |
| 2/14/2010 | SAFEWAY ( Gas) | | 20 | 115.13 |
| 2/15/2010 | Le Le ( food) | | 13.27 | 101.86 |
| 2/17/2010 | Withdraw from Saving | 300 | | 401.86 |
| 2/17/2010 | Burger King ( Lunch) | | 6.75 | 395.11 |
| 2/17/2010 | Hong Kong Express ( Dinner) | | 34.63 | 360.48 |
| 2/17/2010 | Red Dog Fuels | | 20 | 340.48 |
| 2/18/2010 | Safeway ( drink) | | 4.08 | 336.4 |
| 2/20/2010 | Jackrabbit ( Gas) | | 25 | 311.4 |
| 2/21/2010 | Bed Bath ( homeware) | | 6.51 | 304.89 |
| 2/21/2010 | Walmart ( kitchenware) | | 27.71 | 277.18 |
| 2/25/2010 | Shell ( Gas) | | 20 | 257.18 |
| 2/26/2010 | Starbucks (Coffee) | | 3.05 | 254.13 |
| 2/28/2010 | Safeway( Gas) | | 25 | 229.13 |
| | | | 1448.67 | |

| Date | Description | No. | Credit | Debit | Balance |
|------|-------------|-----|--------|-------|---------|
| 1/31/2010 | | | | | 215.03 |
| 2/1/2010 | transfer to Saving account | | | 25 | 190.03 |
| 2/3/2010 | Rent income ( 24175 W. tonto and 8227 W Globe) | | 1826.2 | | 2016.23 |
| 2/5/2010 | Cash withdrawal | | | 1000 | 1016.23 |
| 2/8/2010 | POS Purchase-costco error charge on Checking | | | 118.35 | 897.88 |
| 2/9/2010 | HOA 7133 | | | 140 | 757.88 |
| 2/9/2010 | Ins-8227 W Globe | | | 48.06 | 709.82 |
| 2/11/2010 | HOA -13706 W Peck Dr | | | 88.91 | 620.91 |
| 2/11/2010 | HOA-8227 Globe | | | 70 | 550.91 |
| 2/11/2010 | HOA-24175 W Tonto | | | 55.44 | 495.47 |
| 2/11/2010 | Valley Utilities -13433 W. Peck Dr | | | 30 | 465.47 |
| 2/12/2010 | rent income ( 13706 Peck & 7133 W williams partial payment) | | 991.85 | | 1457.32 |
| 2/12/2010 | HOA-13433 W Peck | | | 130.81 | 1326.51 |
| 2/16/2010 | reimbuse form saving -Costco charge | | 118.35 | | 1208.16 |
| 2/16/2010 | Us. Trustee Program | 1034 | | 325 | 883.16 |
| 2/16/2010 | Ins-13433 W Peck | | | 50.65 | 832.51 |
| 2/22/2010 | rental ( 7133 william partial+24175 Tonto) | | 1529 | | 2361.51 |
| 2/22/2010 | reimbuse to Company Trusting account | | | | |
| | Unauthorize charge | 1036 | | 1215 | 1146.51 |
| 2/22/2010 | Next Care-medicial bill | 1035 | | 52 | 1094.51 |
| 2/22/2010 | Ins-13706 W peck | | | 40.58 | 1053.93 |
| 2/25/2010 | Ins-7133 W. William | | | 46.9 | 1007.03 |
| | | | 4465.4 | 3436.7 | |

01/01/2010 to 01/31/2010

Saving Transaction

| Date | Description | Deposit | Withdraw | Balance |
|------|-------------|---------|----------|---------|
| 1/31/2010 | | | | 107.03 |
| 2/1/21010 | Transfer form Checking | 25 | | 132.03 |
| 2/2/2010 | Withdraw for Cash | | 100 | 32.03 |
| 2/1/2010 | statement fee | | 1 | 31.03 |
| 2/12/2010 | tax refund ( 1393.55 -Cash back 200) | 1193.55 | | 1224.58 |
| 2/16/2010 | Transfer to Checking ( Costco ) | | 118.35 | 1106.23 |
| 2/17/2010 | Cash withrawal | | 300 | 806.23 |
| 2/26/2010 | interest payment | 0.01 | | 806.24 |



Wells Fargo Business Online®

# Account Activity

**Personal Accounts**

**CUSTOM MANAGEMENT(RM) XXXXXX0663**

## Activity Summary

| | |
|---|---|
| Ending Balance as of 02/26/10 | $1,293.68 |
| Available Balance | $1,268.68 |

## Transactions

Show: All Transactions for Date Range 02/01/10 to 02/28/10

| Date △ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| 02/01/10 | RECURRING TRANSFER REF #OPEJQK63VT TO SAVINGS XXXXXX3154 | | $25.00 |
| 02/03/10 | DEPOSIT | $1,826.20 | |
| 02/05/10 | WITHDRAWAL MADE IN A BRANCH/STORE | | $1,000.00 |
| 02/08/10 | POS PURCHASE - COSTCO WHSE #06COSTCO WHSAVONDALE AZ 2907 | | $118.35 |
| 02/09/10 | BILL PAY 7133 HOA ON-LINE 611 ON 02-09 | | $140.00 |
| 02/09/10 | ALLSTATE INS CO INS PREM FEB 10 000000986005470 LEW | | $48.06 |
| 02/11/10 | BILL PAY 13706 HOA RECURRINGxxxx2A1A ON 02-11 | | $88.91 |
| 02/11/10 | BILL PAY 8227 Globe HOA RECURRINGxxxxxxxx2601 ON 02-11 | | $70.00 |
| 02/11/10 | BILL PAY 24175 W. Tonto RECURRINGxxxxx x. xxxxx xx-Lot1ON 02-11 | | $55.44 |
| 02/11/10 | BILL PAY valley utilities RECURRINGxxxx0323 ON 02-11 | | $30.00 |
| 02/12/10 | DEPOSIT #195949434 | $991.85 | |
| 02/12/10 | BILL PAY 13433 HOA RECURRINGxxxxxx323B ON 02-12 | | $130.81 |
| 02/16/10 | ONLINE TRANSFER REF #IBEQJPXNNP FROM SAVINGS XXXXXX3154 ON 02/14/10 | $118.35 | |
| 02/16/10 | CHECK # 1034 | | $325.00 |
| 02/16/10 | ALLSTATE INS CO INS PREM FEB 10 000000944433019 LEW | | $50.65 |
| 02/22/10 | DEPOSIT #199115525 | $1,529.00 | |
| 02/22/10 | CHECK # 1036 | | $1,215.00 |
| 02/22/10 | CHECK # 1035 | | $52.00 |
| 02/22/10 | ALLSTATE INS CO INS PREM FEB 10 000000944433020 LEW | | $40.58 |
| 02/25/10 | ALLSTATE INS CO INS PREM FEB 10 000000986287990 LEW | | $46.90 |
| **Totals** | | **$4,465.40** | **$3,436.70** |

⌂ Equal Housing Lender

© 1995 – 2010 Wells Fargo. All rights reserved.



Wells Fargo Business Online®

## Account Activity

Personal Accounts

SAVINGS XXXXXX3154

### Activity Summary

| | |
|---|---|
| Ending Balance as of 02/26/10 | $831.24 |
| Available Balance | $856.24 |
| Interest earned this period | $0.00 |
| Interest paid year-to-date | $0.02 |

### Transactions

Show: **All Transactions** for **Date Range 02/01/10 to 02/28/10**

| Date △ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| Pending Transactions | | | |
| No pending transactions meet your criteria above. | | | |
| Posted Transactions | | | |
| 02/01/10 | RECURRING TRANSFER REF #OPEJQK63VT FROM CUSTOM MANAGEMENT(RM) XXXXXX0663 | $25.00 | |
| 02/02/10 | ATM WITHDRAWAL - 2626 83RD AVE PHOENIX AZ 2907 | | $100.00 |
| 02/03/10 | ATM STATEMENT FEE - 02/02 MACH ID 9976L 2626 83RD AVE, PHOENIX, AZ 2907 | | $1.00 |
| 02/12/10 | DEPOSIT #195949439 | $1,193.55 | |
| 02/16/10 | ONLINE TRANSFER REF #IBEQJPXNNP TO CUSTOM MANAGEMENT(RM) XXXXXX0663 ON 02/14/10 | | $118.35 |
| 02/17/10 | ATM WITHDRAWAL - MARYVALE PHOENIX AZ 2907 | | $300.00 |
| 02/26/10 | INTEREST PAYMENT | $0.01 | |
| Totals | | $1,218.56 | $519.35 |

🏠 Equal Housing Lender

© 1995 – 2010 Wells Fargo. All rights reserved.



# Wells Fargo ® Goal Savings

Account number: 5383953154 ■ February 1, 2010 - February 28, 2010 ■ Page 1 of 3

LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)
PO BOX 7200
GOODYEAR AZ 85338-0637

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
*En español:* 1-877-727-2932   TTY: 1-888-355-6052
華語 1-800-288-2288   *(8 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

## You and Wells Fargo

Jump start your savings by setting up an automatic transfer from a Wells Fargo checking account to a Wells Fargo savings account. You can decide how much and how frequently to transfer. Get started with as little as $1. It's fast and it's easy. Go to wellsfargo.com, call us at the phone number listed at the top of your statement, or visit any Wells Fargo store and watch your savings grow!



### With you when *retirement takes planning*

Looking for ways to put more toward retirement? We can help you determine if you're on track to meet your retirement goals and offer guidance designed to take your money further. To learn more, talk with us, or visit *wellsfargo.com/investing/retirement* today.

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $132.03 |
| Deposits/Additions | 1,218.56 |
| Withdrawals/Subtractions | - 519.35 |
| **Ending balance on 2/28** | **$831.24** |

Account number: **5383953154**

LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)
*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105278

(38)
Sheet Seq = 0076100
Sheet 00001 of 00003

Case 2:09-bk-29704-GBN   Doc 41   Filed 04/21/10   Entered 04/21/10 12:27:21   Desc
Main Document   Page 17 of 22



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $422.29 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.02 |
| Total interest paid in 2009 | $0.00 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 2/1 | Recurring Transfer Ref #Opejqk63VT From Custom Management(Rm) xxxxxx0663 | 25.00 | | 157.03 |
| 2/2 | ATM Withdrawal - 02/02 Mach ID 9976L 2626 83Rd Ave Phoenix AZ 2907 | | 100.00 | 57.03 |
| 2/3 | ATM Statement Fee - 02/02 Mach ID 9976L 2626 83Rd Ave, Phoenix, AZ 2907 | | 1.00 | 56.03 |
| 2/12 | Deposit | 1,193.55 | | 1,249.58 |
| 2/16 | ● Online Transfer Ref #Ibocjpxnrp to Custom Management(Rm) xxxxxx0663 on 02/14/10 | | 118.35 | 1,131.23 |
| 2/17 | ATM Withdrawal - 02/17 Mach ID 4650U Maryvale Phoenix AZ 2907 | | 300.00 | 831.23 |
| 2/26 | Interest Payment | 0.01 | | 831.24 |
| | **Ending balance on 2/28** | | | **831.24** |
| **Totals** | | **$1,218.56** | **$519.35** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

● *Indicates transactions that count toward the Federal Reserve Board Regulation D limit. Please refer to your Account Agreement for complete details of the federally-mandated transaction limit for savings accounts.*

Sheet Seq = 0075101



WELLS FARGO

---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ |

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total $ |  |

+ $ |

**C** Add **A** and **B** to calculate the subtotal.    = $ |

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total $ |  |

$ |

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ |

---

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14416, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance * or Deposit Advance℠ * Service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information.

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

* The Deposit Advance service is not available in all states

©2010 Wells Fargo Bank, N.A. All rights reserved

Member FDIC.



LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)
PO BOX 7200
GOODYEAR AZ 85338-0637

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833

*En español:* 1-877-727-2932  *TTY:*1-888-355-6052

華語 1-800-288-2288  *(8 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

## You and Wells Fargo

My Spending Report with Budget Watch
Maintain control of your finances with My Spending Report with Budget Watch. This free online tool tracks the spending from your Wells Fargo checking account, check card, credit card and Bill Pay service and automatically organizes it into familiar categories. It also allows you to set budgeting goals and monitor your progress. Enroll in or log on to Online Banking and click the My Spending Report tab to get started.

## Account options

*A check mark in the box indicates you have those convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Overdraft Protection | ☑ |
| Online Statements | ☑ | Rewards Program | ☐ |
| Mobile Banking | ☐ | Auto Transfer/Payment | ☑ |
| My Spending Report | ☑ | | |

 IMPORTANT ACCOUNT INFORMATION

Growing your retirement savings with automatic transfers can help you reach your retirement goals faster and give you peace of mind. Let us help you set up automatic transfers from your checking account to your new or existing Wells Fargo IRA savings account. You may still contribute (up to applicable limits) for 2009 through April 15, 2010. Visit your local Wells Fargo banker or, visit us at wellsfargo.com for more information.

## With you when *managing debt improves your finances*

With the Debt Paydown Solution®, we can help you consolidate higher interest rate debt.
To learn more, talk with us, or visit *wellsfargo.com/paydown* today.



**WELLS FARGO**

## Activity summary

| | |
|---|---|
| Beginning balance on 2/11 | $759.77 |
| Deposits/Additions | 3,780.40 |
| Withdrawals/Subtractions | - 4,401.97 |
| **Ending balance on 3/10** | **$138.20** |

Account number: 5383950663

**LETHE S M LEW**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-29704(AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105278

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - 000005383953154

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/11 | | Bill Pay 13706 Hoa Recurringxxxx2A1A on 02-11 | | 88.91 | |
| 2/11 | | Bill Pay 8227 Globe Hoa Recurringxxxxxxxx2601 on 02-11 | | 70.00 | |
| 2/11 | | Bill Pay 24175 W. Tonto Recurringxxxxxx x, xxxxx xx-Lot1on 02-11 | | 55.44 | |
| 2/11 | | Bill Pay Valley Utilities Recurringxxxxx0323 on 02-11 | | 30.00 | 515.42 |
| 2/12 | | Deposit | 991.85 | | |
| 2/12 | | Bill Pay 13433 Hoa Recurringxxxxx323B on 02-12 | | 130.81 | 1,376.46 |
| 2/16 | | Online Transfer Ref #Iboqipxnng From Savings xxxxxx3154 on 02/14/10 | 118.35 | | |
| 2/16 | 1034 | Check | | 325.00 | |
| 2/16 | | Allstate Ins CO Ins Prem Feb 10 000000944433019 Lew | | 50.65 | 1,119.16 |
| 2/22 | | Deposit | 1,529.00 | | |
| 2/22 | 1036 | Check | | 1,215.00 | |
| 2/22 | 1035 | Check | | 52.00 | |
| 2/25 | | Allstate Ins CO Ins Prem Feb 10 000000944433020 Lew | | 40.56 | 1,340.58 |
| 3/1 | | Allstate Ins CO Ins Prem Feb 10 000000986287990 Lew | | 46.90 | 1,293.68 |
| 3/1 | | Withdrawal Made In A Branch/Store | | 973.62 | |
| 3/4 | | Recurring Transfer Ref #Opgiqni8U2 to Savings xxxxxx3154 | | 25.00 | 295.06 |
| 3/9 | | Deposit | 1,141.20 | | 1,436.26 |
| 3/9 | 1037 | Check | | 1,250.00 | |
| 3/9 | | Allstate Ins CO Ins Prem Mar 10 000000986005470 Lew | | 46.06 | 138.20 |
| **Ending balance on 3/10** | | | | | **138.20** |
| **Totals** | | | **$3,780.40** | **$4,401.97** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1034 | 2/16 | 325.00 | 1036 | 2/22 | 1,215.00 | 1037 | 3/9 | 1,250.00 |
| 1035 | 2/22 | 52.00 | | | | | | |



**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] Enter the ending balance on this statement.  $ |

[B] List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

$ |

[C] Add [A] and [B] to calculate the subtotal.  $ |

[D] List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

$ |

[E] Subtract [D] from [C] to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.  $ |

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

▪ **In case of errors or questions about your Direct Deposit Advance** * **or Deposit Advance** ** **Service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information.

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain. If you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

* The Deposit Advance service is not available in all states.

©2010 Wells Fargo Bank, N.A. All rights reserved

Member FDIC