# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:        )
                 )
**LEW, LETHE**   )
                 )
                 )
                 )
                 )
            Debtor(s) )

CASE NO.   **09-29704**

## INDIVIDUAL DEBTOR ENGAGED IN BUSINESS MONTHLY REPORT

MONTH OF       3/1/2010-3/31/2010

DATE PETITION FILED:     11/18/2009

TAX PAYER ID NO. :     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

Nature of Debtor's Business:     Individual
Nature of Co-Debtor's Business:

DATE DISCLOSURE STATEMENT   FILED          TO BE FILED
DATE PLAN OF REORGANIZATION FILED          TO BE FILED

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____
ORIGINAL SIGNATURE OF DEBTOR

Lethe Lew
PRINTED NAME OF DEBTOR

4/11/2010
DATE

**PREPARER:**

_____
ORIGINAL SIGNATURE OF PREPARER

_____
PRINTED NAME OF PREPARER

**PERSON TO CONTACT REGARDING THIS REPORT:**

PHONE NUMBER:

ADDRESS:

_____
ORIGINAL SIGNATURE OF CO-DEBTOR

_____
PRINTED NAME OF CO-DEBTOR

_____
DATE

_____
TITLE

_____
DATE

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
## INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | | |
| | | # | # | # | |
| Balance at Beginning of Period | 228.41 | 1243.73 | 806.24 | | 2278.38 |
| | | | | | |
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | 1300 | 4125.87 | 2325 | | |
| TOTAL RECEIPTS | 1300 | 4125.87 | 2325 | | |
| | | | | | |
| TOTAL DISBURSEMENTS | 1428.1 | 2952.47 | 1596.96 | | |
| | | | | | |
| Balance at End of Month | 100.31 | 2417.13 | 1534.28 | | |

| | | | |
|---|---|---|---|
| Name | | | |
| Acct # | | | |
| Name | | | |
| Acct # | | | |
| Name | | | |
| Acct # | | | |

| | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| Total Disbursements for Calculating Quarterly Fees | |

Page 2

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**PLEASE ATTACH COPIES OF BANK STATEMENTS**

**Month:** Jan-10
**Account #** Cash

**Bank Name** _____

| | | | Amount |
|---|---|---|---|
| | See attched paper | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | |
| **Total checks listed on continuation pages** | | | | |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |

Page 3

# CONTINUATION SHEET
## (INDIVIDUAL ACCOUNTS)

**PLEASE ATTACH COPIES OF BANK STATEMENTS**

**Month:** 3/1/2010-3/31/2010

**Account #** _5383950663_
_5383950663_

**Bank Name** Wellsfargo

| | | | |
|---|---|---|---|
| | SEE ATTACHED ACCOUNT TRANSACTION PAPER | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 3a

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
| | Operating | Payroll | Tax | |
| | # | # | # | |
| Balance at Beginning of Period | | | | |

| RECEIPTS | | | | |
|---|---|---|---|---|
| Cash Sales | | | | |
| Accounts Rceivable - Prepetition | | | | |
| Accounts Rceivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other (attach list) | | | | |
| | | | | |
| TOTAL RECEIPTS | | | | |

| DISBURSEMENTS | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | | | | |
| Capitol Improvements | | | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other (attach list) | | | | |
| | | | | |
| Reorganization Expenses: | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| TOTAL DISBURSEMENTS | | | | |

| | | | | |
|---|---|---|---|---|
| Balance at End of Month | | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Disbursements for Calculating Quarterly Fees (carry forward to page 2) | |

# INCOME STATEMENT
## (Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| | | | |
|---|---|---|---|
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| | | | |
|---|---|---|---|
| GROSS PROFIT | | | |

| | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| | | | |
|---|---|---|---|
| Income Before Non-operating Income and Expense | | | |

| | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| | | | |
|---|---|---|---|
| Income Before Reorganization Expense | | | |

| | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | 325 | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| | | | |
|---|---|---|---|
| Income Tax | | | |

| | | | |
|---|---|---|---|
| NET PROFIT OR (LOSS) | | | |

Page 5

# COMPARATIVE BALANCE SHEET
### (Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| | | | |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 6

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | | | | |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDERS | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | BOOK VALUE | ADDITIONS | DELETIONS | CURRENT VALUE |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

Page 7

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | | | | | |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| | | Insiders | | |
|---|---|---|---|---|
| Name | Nature of Payment | | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Insiders | | | | |

| | Professionals | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Approved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 8

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? |  |  |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  |  |
| Are any wages past due? |  |  |
| Are any U. S. Trustee quarterly fees delinquent? |  |  |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Current number of employees: _____

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

What steps have been taken to remedy the problems which brought on the chapter 11 filing?

Identify any matters that are delaying the filing of a plan of reorganization:

Page 9

03/01/2010-03/31/2010
Cash Transaction

| Date | Company | Description | Income | Expense | Balance |
|------|---------|-------------|--------|---------|---------|
| 2/30/2010 | | | | | 228.41 |
| 3/2/2010 | Dollar Tree | Hair Elastics | | 1.09 | $227 |
| 3/2/2010 | Central Parking | Parking | | 5 | $222 |
| 3/3/2010 | Withdraw form Saving | | $1,300 | | $1,522 |
| 3/3/2010 | Safeway | Gas | | 25 | $1,497 |
| 3/3/2010 | Rent | | | 750 | $747.32 |
| 3/3/2010 | Walmart | Toiletrie | | 5.41 | $741.91 |
| 3/5/2010 | | Food | | 26.34 | $715.57 |
| 3/5/2010 | Walmart | Food | | 26.34 | $689.23 |
| 3/6/2010 | Circle K | gas | | 20 | $669.23 |
| 3/8/2010 | Walmart | Food | | 17.86 | $651.37 |
| 3/8/2010 | Walmart | Food | | 13.87 | $637.50 |
| 3/9/2010 | Burger King | Lunch | | 1.08 | $636.42 |
| 3/10/2010 | Tomo Japanese | Dinner | | 43.34 | $593.08 |
| 3/10/2010 | Super Star | Gas | | 25 | $568.08 |
| 3/10/2010 | Newport Cleaners | Dry clean | | 11.25 | $556.83 |
| 3/12/2010 | China Express | Dinner | | 50 | $506.83 |
| 3/12/2010 | PhoenixCity Hall | Parking | | 14 | $492.83 |
| 3/12/2010 | super L Ranch | Food | | 109.92 | $382.91 |
| 3/13/2010 | Kitchen | Drink | | 4 | $378.91 |
| 3/13/2010 | Carioca shell | Drink | | 1.27 | $377.64 |
| 3/13/2010 | Carl's Jr | Food | | 2.27 | $375.37 |
| 3/13/2010 | Carl's Jr | Food | | 1.09 | $374.28 |
| 3/15/2010 | Office Max | Office Supplies | | 3.93 | $370.35 |
| 3/15/2010 | Safeway | Gas | | 25 | $345.35 |
| 3/17/2010 | Carls Jr | lunch | | 1.34 | $344.01 |
| 3/17/2010 | Carls Jr | Lunch | | 7.02 | $336.99 |
| 3/19/2010 | Safeway | Food | | 5.44 | $331.55 |
| 3/19/2010 | Safeway | Food | | 20 | $311.55 |
| 3/20/1020 | 99 Cent | Toiletrie | | 77.86 | $233.69 |
| 3/21/2010 | Starbucks Coffee | Drink | | 3.77 | $229.92 |
| 3/21/2010 | Jackrabbit Chevron | Gas | | 25 | $204.92 |
| 3/23/2010 | Walmart | Kitchen stuff | | 42.05 | $162.87 |
| 3/24/2010 | Burger King | Lunch | | 1.1 | $161.77 |
| 23-Mar | Safeway | Gas | | 20 | $141.77 |
| 3/25/2010 | Walmart | Lunch | | 3.1 | $138.67 |
| 3/30/2010 | Fry's | Gas | | 20 | $118.67 |
| 3/30/2010 | Healthy Chinese Herbs | Herbs | | 6.12 | $112.55 |
| 3/30/2010 | Super L Ranch | Food | | 6.28 | $106.27 |
| 3/30/2010 | Hong King Express | Lunch | | 5.96 | $100.31 |
| Total | | | 1300 | 1428.1 | |

03-01-2010 to 03-30-2010   Cash Transaction
Checking Transaction

| Date | Description | Deposit | Withdrawals | |
|---|---|---|---|---|
| 3/1/2010 | 13433 W Peck Drive ( Cashier Check) | | $ | 973.62 |
| 3/1/2010 | Transfer to Saving | | $ | 25.00 |
| 3/4/2010 | 8227 W Globe Ave Rent | $ 1,141.20 | | |
| 3/4/2010 | Joseph Charles Lawyer Firm ( File feeP | | $ | 1,250.00 |
| 3/9/2010 | 8227 W. Globe Ave( Ins) | | $ | 48.06 |
| 3/11/2010 | 13706 W Peck Dr ( HOA) | | $ | 88.91 |
| 3/11/2010 | 7133 W. Williams St (HOA) | | $ | 70.00 |
| 3/11/2010 | 8227 W. globe Ave (HOA) | | $ | 70.00 |
| 3/11/2010 | 24175 W Tonto ( HOA) | | $ | 55.44 |
| 3/11/2010 | Transfer from Saving | $ 156.15 | | |
| 3/11/2010 | Overdraft bank fee | | $ | 10.00 |
| 3/12/2010 | 13433 W. Peck Dr ( HOA) | | $ | 130.81 |
| 3/12/2010 | Transfer from Saving | $ 140.81 | | |
| 3/12/2010 | Overdraft bank fee | | $ | 10.00 |
| 3/15/2010 | 13433 W. Peck Dr Rent $1150 | | | |
| | 13706 W, Peck Dr Rent $776.85 | | | |
| | 7133 W. Williams St $26.55 | $ 1,953.40 | | |
| 3/15/2010 | 13433 W. Peck Dr Ins | | $ | 50.65 |
| 3/15/2010 | 13706 W Peck Dr ( Ins) | | $ | 40.58 |
| 3/23/2010 | 7133 W. William St Rent | $ 734.31 | | |
| 3/23/2010 | 24175 W. Tonto st ( Ins) | | $ | 57.54 |
| 3/23/2010 | 7133 W. Williams ST ( Ins) | | $ | 46.86 |
| 3/31/2010 | Transfer to Saving | | $ | 25.00 |
| Total | | $ 4,125.87 | $ | 2,952.47 |

03/01/2010-03/31/2010

Cash Transaction

| Date | Company | Description | Income | Expense | Balance |
|---|---|---|---|---|---|
| 2/30/2010 | | | | | 228.41 |
| 3/2/2010 | Dollar Tree | Hair Elastics | | 1.09 | $227 |
| 3/2/2010 | Central Parking | Parking | | 5 | $222 |
| 3/3/2010 | Withdraw form Saving | | $1,300 | | $1,522 |
| 3/3/2010 | Safeway | Gas | | 25 | $1,497 |
| 3/3/2010 | Rent | | | 750 | $747.32 |
| 3/3/2010 | Walmart | Toiletrie | | 5.41 | $741.91 |
| 3/5/2010 | | Food | | 26.34 | $715.57 |
| 3/5/2010 | Walmart | Food | | 26.34 | $689.23 |
| 3/6/2010 | Circle K | gas | | 20 | $669.23 |
| 3/8/2010 | Walmart | Food | | 17.86 | $651.37 |
| 3/8/2010 | Walmart | Food | | 13.87 | $637.50 |
| 3/9/2010 | Burger King | Lunch | | 1.08 | $636.42 |
| 3/10/2010 | Tomo Japanese | Dinner | | 43.34 | $593.08 |
| 3/10/2010 | Super Star | Gas | | 25 | $568.08 |
| 3/10/2010 | Newport Cleaners | Dry clean | | 11.25 | $556.83 |
| 3/12/2010 | China Express | Dinner | | 50 | $506.83 |

| Date | Vendor | Category | | Balance |
|------|--------|----------|------|---------|
| 3/12/2010 | PhoenixCity Hall | Parking | 14 | $492.83 |
| 3/12/2010 | super L Ranch | Food | 109.92 | $382.91 |
| 3/13/2010 | Kitchen | Drink | 4 | $378.91 |
| 3/13/2010 | Carioca shell | Drink | 1.27 | $377.64 |
| 3/13/2010 | Carl's Jr | Food | 2.27 | $375.37 |
| 3/13/2010 | Carl's Jr | Food | 1.09 | $374.28 |
| 3/15/2010 | Office Max | Office Supplies | 3.93 | $370.35 |
| 3/15/2010 | Safeway | Gas | 25 | $345.35 |
| 3/17/2010 | Carls Jr | lunch | 1.34 | $344.01 |
| 3/17/2010 | Carls Jr | Lunch | 7.02 | $336.99 |
| 3/19/2010 | Safeway | Food | 5.44 | $331.55 |
| 3/19/2010 | Safeway | Food | 20 | $311.55 |
| 3/20/1020 | 99 Cent | Toiletrie | 77.86 | $233.69 |
| 3/21/2010 | Starbucks Coffee | Drink | 3.77 | $229.92 |
| 3/21/2010 | Jackrabbit Chevron | Gas | 25 | $204.92 |
| 3/23/2010 | Walmart | Kitchen stuff | 42.05 | $162.87 |
| 3/24/2010 | Burger King | Lunch | 1.1 | $161.77 |
| 23-Mar | Safeway | Gas | 20 | $141.77 |
| 3/25/2010 | Walmart | Lunch | 3.1 | $138.67 |
| 3/30/2010 | Fry's | Gas | 20 | $118.67 |
| 3/30/2010 | Healthy Chinese Herbs | Herbs | 6.12 | $112.55 |
| 3/30/2010 | Super L Ranch | Food | 6.28 | $106.27 |
| 3/30/2010 | Hong King Express | Lunch | 5.96 | $100.31 |
| Total | | | 1300 | 1428.1 |



**Wells Fargo Business Online®**

## Account Activity

Personal Accounts

COMPLETE ADVANTAGE(RM) XXXXXX0663

### Activity Summary

| | |
|---|---|
| Ending Balance as of 04/09/10 | $471.78 |
| Available Balance | $471.78 |
| Interest earned this period | $0.00 |
| Interest paid year-to-date | $0.00 |

### Transactions

Show: All Transactions for Date Range 03/01/10 to 03/31/10

| Date △ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| 03/01/10 | WITHDRAWAL MADE IN A BRANCH/STORE | | $973.82 |
| 03/01/10 | RECURRING TRANSFER REF #OPEJQNL8J2 TO SAVINGS XXXXXX3154 | | $25.00 |
| 03/04/10 | DEPOSIT #190236522 | $1,141.20 | |
| 03/09/10 | CHECK # 1037 | | $1,250.00 |
| 03/09/10 | ALLSTATE INS CO INS PREM MAR 10 000000986005470 LEW | | $48.06 |
| 03/11/10 | BILL PAY 13706 HOA RECURRINGxxxx2A1A ON 03-11 | | $88.91 |
| 03/11/10 | BILL PAY 7133 HOA RECURRING611 ON 03-11 | | $70.00 |
| 03/11/10 | BILL PAY 8227 Globe HOA RECURRINGxxxxxxx2601 ON 03-11 | | $70.00 |
| 03/11/10 | BILL PAY 24175 W. Tonto RECURRINGxxxxx x. xxxxx xx-Lot1ON 03-11 | | $55.44 |
| 03/11/10 | OVERDRAFT PROTECTION XFER FROM DEP ACT | $158.15 | |
| 03/11/10 | OVERDRAFT TRANSFER FEE | | $10.00 |
| 03/12/10 | BILL PAY 13433 HOA RECURRINGxxxxxx323B ON 03-12 | | $130.81 |
| 03/12/10 | OVERDRAFT PROTECTION XFER FROM DEP ACT | $140.81 | |
| 03/12/10 | OVERDRAFT TRANSFER FEE | | $10.00 |
| 03/15/10 | DEPOSIT #198935828 | $1,953.40 | |
| 03/15/10 | ALLSTATE INS CO INS PREM MAR 10 000000944433018 LEW | | $50.65 |
| 03/22/10 | ALLSTATE INS CO INS PREM MAR 10 000000944433020 LEW | | $40.58 |
| 03/23/10 | DEPOSIT #198752903 | $734.31 | |
| 03/23/10 | ALLSTATE INS CO INS PREM MAR 10 00000098828798l LEW | | $57.54 |
| 03/25/10 | ALLSTATE INS CO INS PREM MAR 10 000000986287990 LEW | | $46.66 |
| 03/31/10 | RECURRING TRANSFER REF #OPEFTQV6WX TO SAVINGS XXXXXX3154 | | $25.00 |
| **Totals** | | $4,126.87 | $2,952.47 |

⌂ Equal Housing Lender

© 1995 – 2010 Wells Fargo All rights reserved



Wells Fargo Business Online®

## Account Activity

Personal Accounts

SAVINGS XXXXXX3154

### Activity Summary

| | |
|---|---|
| Ending Balance as of 04/09/10 | $1,534.30 |
| Available Balance | $1,534.30 |
| Interest earned this period | $0.02 |
| Interest paid year-to-date | $0.04 |

### Transactions

Show  All Transactions  for  Date Range  03/01/10  to  03/30/10

| Date △ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| 03/01/10 | DEPOSIT #199118714 | $1,100.00 | |
| 03/01/10 | RECURRING TRANSFER REF #OPEJQNL8J2 FROM CUSTOM MANAGEMENT(RM) XXXXXX0883 | $25.00 | |
| 03/03/10 | WITHDRAWAL MADE IN A BRANCH/STORE | | $1,300.00 |
| 03/12/10 | OVERDRAFT PROTECTION XFER TO CHECKING | | $156.15 |
| 03/15/10 | OVERDRAFT PROTECTION XFER TO CHECKING | | $140.81 |
| 03/18/10 | DEPOSIT #198935607 | $1,200.00 | |
| Totals | | $2,325.00 | $1,596.96 |

⌂ Equal Housing Lender

© 1995 – 2010 Wells Fargo. All rights reserved

# Wells Fargo ® Goal Savings



Account number: 5383953154 ■ March 1, 2010 - March 31, 2010 ■ Page 1 of 4

LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)
PO BOX 7200
GOODYEAR AZ 85338-0637

## Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932    TTY: 1-888-355-6052
華語 1-800-288-2288    (8 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

## You and Wells Fargo

My Savings Plan

Set, plan and monitor your savings goals more easily with My Savings Plan, our free online money management tool. Once you have a Wells Fargo savings account, enroll in or log on to Online Banking, click Account Summary then Create Savings Plan to get started.

 IMPORTANT ACCOUNT INFORMATION

Growing your retirement savings with automatic transfers can help you reach your retirement goals faster and give you peace of mind. Let us help you set up automatic transfers from your checking account to your new or existing Wells Fargo IRA savings account. You may still contribute (up to applicable limits) for 2009 through April 15, 2010. Visit your local Wells Fargo banker or, visit us at wellsfargo.com for more information.



## With you when *managing debt improves your finances*

With the Debt Paydown Solution®, we can help you consolidate higher interest rate debt.
To learn more, talk with us, or visit *wellsfargo.com/paydown* today.


**WELLS FARGO**

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $831.24 |
| Deposits/Additions | 2,350.02 |
| Withdrawals/Subtractions | - 1,596.96 |
| **Ending balance on 3/31** | **$1,584.30** |

Account number **5383953154**

**LETHE S M LEW**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-29704(AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105278

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $1,012.03 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.04 |
| Total interest paid in 2009 | $0.00 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 3/1 | Deposit | 1,100.00 | | |
| 3/1 | Recurring Transfer Ref #Opejqni8J2 From Custom Management(Rm) xxxxxx0663 | 25.00 | | 1,956.24 |
| 3/3 | Withdrawal Made In A Branch/Store | | 1,300.00 | 656.24 |
| 3/12 | ● Overdraft Protection to 5383950663 | | 156.15 | 500.09 |
| 3/15 | ● Overdrft Protection to 5383950663 | | 140.81 | 359.28 |
| 3/18 | Deposit | 1,200.00 | | 1,559.28 |
| 3/31 | Recurring Transfer Ref #Opeftqv6Wx From Custom Management(Rm) xxxxxx0663 | 25.00 | | |
| 3/31 | Interest Payment | 0.02 | | 1,584.30 |
| | **Ending balance on 3/31** | | | 1,584.30 |
| **Totals** | | **$2,350.02** | **$1,596.96** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

● *Indicates transactions that count toward the Federal Reserve Board Regulation D limit. Please refer to your Account Agreement for complete details of the federally-mandated transaction limit for savings accounts.*

# ✓ IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2010:
- The Cashed/Deposited Item Returned Unpaid fee will be $12 per item.
- Wells Fargo Check Card Transaction Fees: The Check Card Over-the-Counter Cash Disbursement fee will be 3% of the transaction amount for international transactions. The fee for domestic (U.S.) Check Card Over-the-Counter Cash Disbursement will remain $3.

For questions, please contact your local banker or call the phone number at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

Case 2:09-bk-29704-GBN    Doc 53    Filed 04/29/10    Entered 04/29/10 10:36:01    Desc
Main Document    Page 17 of 33



Funds Availability Policy Statement Message

Thank you for banking with Wells Fargo. Please note the following change to the Consumer Account Agreement that provides information on when the funds from the checks you deposit will be available to you.

All check deposits are considered local checks. However, in some cases, the Bank will not make all the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second or third Business Day* after the day of your deposit. The first $100 of your deposit, however, may be available on the first or second Business Day*. For Opportunity Checking and Opportunity Savings accounts: $100 will be available on the first Business Day after the day of your deposit. The remaining balance will be available on the second or third Business Day* after the day of your deposit.

In addition, funds you deposit by check may be delayed for a longer period. The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the 7th or the 8th Business Day* after the day of your deposit.

For more information, refer to the March 17, 2010 Addendum to the Consumer Account Agreement or speak to a banker by calling the number shown on your statement.

* The Bank may delay availability of funds by one additional Business Day for certain checks deposited at a Bank location in Alaska. This right applies only if the check is drawn on or payable at or through a paying bank not located in Alaska.

2010 Wells Fargo Bank, N.A. All rights reserved.



**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**[A]** Enter the ending balance on this statement.    $ _____

**[B]** List outstanding deposits and other credits to your account that do not appear on this statement.   Enter the total in the column to the right

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

+ $ _____

**[C]** Add **[A]** and **[B]** to calculate the subtotal.    = $ _____

**[D]** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement.   Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ _____

**[E]** Subtract **[D]** from **[C]** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance * or Deposit Advance ℠ * Service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

*The Deposit Advance service is not available in all states.*

©2010 Wells Fargo Bank, N.A. All rights reserved        Member FDIC



# Complete Advantage ® Checking

LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)
PO BOX 7200
GOODYEAR AZ 85338-0637

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

*TTY: 1-800-877-4833*
*En español:* 1-877-727-2932   *TTY:* 1-888-355-5052
華語 1-800-288-2288  (8 am to 7 pm PT, M-F)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

## You and Wells Fargo

Sign up for free* Account Alerts. Get timely notifications sent right to your email
or wireless device when: your balance is above or below a specified amount; a
withdrawal or deposit posts to your account; your daily ATM withdrawals and
debit card purchases exceed an amount you choose. Sign up or log on to Online
Banking and click the Account Services tab, Messages & Alerts section to get
started.

*Your mobile carrier's text messaging and Web access charges may apply.

## Account options



A check mark in the box indicates you have these
convenient services with your account. Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.

| | | | | |
|---|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Overdraft Protection | ☑ |
| Online Statements | ☑ | Rewards Program | ☐ |
| Mobile Banking | ☐ | Auto Transfer/Payment | ☑ |
| My Spending Report | ☑ | | |



## With you when *you're interested in paying less interest*

From buying groceries to filling up your car, virtually every purchase you make
with your *Wells Fargo Home Rebate Card®* counts toward paying off your mortgage.

It could add up to thousands of dollars in savings on your mortgage.
Talk with us, or visit wellsfargo.com to learn more.



**WELLS FARGO**

## Activity summary

| | |
|---|---|
| Beginning balance on 3/11 | $138.20 |
| Deposits/Additions | 4,421.57 |
| Withdrawals/Subtractions | - 2,651.09 |
| **Ending balance on 4/12** | **$1,908.68** |

Account number: 5383950663

LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)

Arizona account terms and conditions apply

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105278

## Overdraft Protection
Your account is linked to the following for Overdraft Protection:
▪ Savings - 000005383953154

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $1,908.68 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/11 | | Bill Pay 13706 Hoa Recurringxxxxx2A1A on 03-11 | | 88.91 | |
| 3/11 | | Bill Pay 7133 Hoa Recurring611 on 03-11 | | 70.00 | |
| 3/11 | | Bill Pay 8227 Globe Hoa Recurringxxxxxxx2601 on 03-11 | | 70.00 | |
| 3/11 | | Bill Pay 24175 W. Tonto Recurringxxxxx x. xxxxx xx-Lot1on 03-11 | | 55.44 | |
| 3/11 | | Overdraft Protection From 5383953154 | 156.15 | | |
| 3/11 | | Overdraft Transfer Fee | | 10.00 | 0.00 |
| 3/12 | | Bill Pay 13433 Hoa Recurringxxxxxx323B on 03-12 | | 130.81 | |
| 3/12 | | Overdraft Protection From 5383953154 | 140.81 | | |
| 3/12 | | Overdraft Transfer Fee | | 10.00 | 0.00 |
| 3/15 | | Deposit | 1,953.40 | | |
| 3/15 | | Allstate Ins CO Ins Prem Mar 10 000000944433019 Lew | | 50.65 | 1,902.75 |
| 3/22 | | Allstate Ins CO Ins Prem Mar 10 000000944433020 Lew | | 40.58 | 1,862.17 |
| 3/23 | | Deposit | 734.31 | | |
| 3/23 | | Allstate Ins CO Ins Prem Mar 10 000000986287991 Lew | | 57.54 | 2,538.94 |
| 3/25 | | Allstate Ins CO Ins Prem Mar 10 000000986287990 Lew | | 46.86 | 2,492.08 |
| 3/31 | | Recurring Transfer Ref #Opefiqv6Wx to Savings xxxxxx3154 | | 25.00 | 2,467.08 |
| 4/5 | | Withdrawal Made In A Branch/Store | | 1,947.24 | 519.84 |
| 4/9 | | Allstate Ins CO Ins Prem Apr 10 000000986005470 Lew | | 48.06 | 471.78 |
| 4/12 | | Deposit | 1,436.90 | | 1,908.68 |
| **Ending balance on 4/12** | | | | | 1,908.68 |
| **Totals** | | | **$4,421.57** | **$2,651.09** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

# ✔ IMPORTANT ACCOUNT INFORMATION



Effective with your July 1, 2010, or later statement, the monthly service fee for your Complete Advantage Checking account will be $15 per month. You may continue to waive the monthly service fee if your package is complete and has one of the following:
- A recurring monthly automatic transfer of $75 or more per transfer from this account to your Wells Fargo savings account;
- A linked Wells Fargo Home Mortgage;
- $5,000 or more in combined balances in deposit or qualifying credit accounts, including a Credit Card.

Also, on July 1, 2010, changes to the following fees will be applied:
- You will receive a $10 discount per box on all personal checks.
- The Cashed/Deposited Item Returned Unpaid fee will be $12 per item.
- Non-Wells Fargo ATM transaction, $2.50 each (U.S.) (2 per statement cycle no longer waived). Free access to 12,000 Wells Fargo/Wachovia Bank ATMs across the country. If you are a Military Banking customer, your non-Wells Fargo ATM transaction benefit remains unchanged.
- Wells Fargo Check Card Transaction Fees: The Check Card Over-the-Counter Cash Disbursement fee will be 3% of the transaction amount for international transactions. The fee for domestic (U.S.) Check Card Over-the-Counter Cash Disbursement will remain $3.

- Paper Check Image Statements:
  - Classic (10 check fronts per page), $2 per month;
  - Premium (5 check fronts/backs per page), $3.50 per month.

For questions, please contact your local banker or call the phone number at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

Due to regulatory changes, the following two modifications will apply to the Direct Deposit Advance service:
- The Annual Percentage Rate (APR) of 120% will no longer be used.
- The term 'Finance Charge' will be replaced with 'Advance Fee' when referencing the cost of the service.

Even though the APR will no longer be used to describe the cost of credit, the Direct Deposit Advance service continues to be an expensive form of credit compared to alternative credit options that may be available. There are no other immediate changes to the Direct Deposit Advance service which will continue to be available via Wells Fargo Phone Bank and Online Banking for customers who meet the eligibility requirements.

Funds Availability Policy Statement Message

Thank you for banking with Wells Fargo. Please note the following change to the Consumer Account Agreement that provides information on when the funds from the checks you deposit will be available to you.

All check deposits are considered local checks. However, in some cases, the Bank will not make all the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second or third Business Day* after the day of your deposit. The first $100 of your deposit, however, may be available on the first or second Business Day*. For Opportunity Checking and Opportunity Savings accounts: $100 will be available on the first Business Day after the day of your deposit. The remaining balance will be available on the second or third Business Day* after the day of your deposit.

In addition, funds you deposit by check may be delayed for a longer period. The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the 7th or the 8th Business Day* after the day of your deposit.

For more information, refer to the March 17, 2010 Addendum to the Consumer Account Agreement or speak to a banker by calling the number shown on your statement.



* The Bank may delay availability of funds by one additional Business Day for certain checks deposited at a Bank location in Alaska. This right applies only if the check is drawn on or payable at or through a paying bank not located in Alaska.

2010 Wells Fargo Bank, N.A. All rights reserved.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] Enter the ending balance on this statement. $ _____

[B] List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $ | |

➤ + $ _____

[C] Add [A] and [B] to calculate the subtotal. = $ _____

[D] List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $ | |

➤ $ _____

[E] Subtract [D] from [C] to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance * or Deposit Advance ℠* Service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

*The Deposit Advance service is not available in all states.*

©2010 Wells Fargo Bank, N.A. All rights reserved          Member FDIC.



# Wells Fargo ® Goal Savings

LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)
PO BOX 7200
GOODYEAR AZ 85338-0637

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932  *TTY:* 1-888-355-6052
華語 1-800-288-2288  *(8 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

---

## You and Wells Fargo

My Savings Plan

Set, plan and monitor your savings goals more easily with My Savings Plan, our free online money management tool. Once you have a Wells Fargo savings account, enroll in or log on to Online Banking, click Account Summary then Create Savings Plan to get started.

 IMPORTANT ACCOUNT INFORMATION

Growing your retirement savings with automatic transfers can help you reach your retirement goals faster and give you peace of mind. Let us help you set up automatic transfers from your checking account to your new or existing Wells Fargo IRA savings account. You may still contribute (up to applicable limits) for 2009 through April 15, 2010. Visit your local Wells Fargo banker or, visit us at wellsfargo.com for more information.



## With you when *managing debt improves your finances*

With the Debt Paydown Solution®, we can help you consolidate higher interest rate debt.
To learn more, talk with us, or visit *wellsfargo.com/paydown* today.



## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $831.24 |
| Deposits/Additions | 2,350.02 |
| Withdrawals/Subtractions | - 1,596.96 |
| **Ending balance on 3/31** | **$1,584.30** |

Account number  5383953154

LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)

*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105270

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $1,012.03 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.04 |
| Total interest paid in 2009 | $0.00 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | E |
|---|---|---|---|---|
| 3/1 | Deposit | | | |
| 3/1 | Recurring Transfer Ref #Opejqnl8J2 From Custom Management(Rm) xxxxxx0663 | 1,100.00 25.00 | | |
| 3/3 | Withdrawal Made In A Branch/Store | | | |
| 3/12 | ● Overdraft Protection to 5383950663 | | 1,300.00 | |
| 3/15 | ● Overdraft Protection to 5383950663 | | 155.15 | |
| 3/16 | Deposit | | 140.81 | |
| 3/31 | Recurring Transfer Ref #Opeftqv6Wx From Custom Management(Rm) xxxxxx0663 | 1,200.00 25.00 | | |
| 3/31 | Interest Payment | 0.02 | | |
| | Ending balance on 3/31 | | | |
| **Totals** | | **$2,350.02** | **$1,596.96** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

● *Indicates transactions that count toward the Federal Reserve Board Regulation D limit. Please refer to your Account Agreement for complete details federally-mandated transaction limit for savings accounts.*

## ✓ IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2010:
- The Cashed/Deposited Item Returned Unpaid fee will be $12 per item.
- Wells Fargo Check Card Transaction Fees: The Check Card Over-the-Counter Cash Disbursement fee will be 3% of the transaction amount for international transactions. The fee for domestic (U.S.) Check Card Over-the-Counter Cash Disbursement will remain $3.

For questions, please contact your local banker or call the phone number at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

Sheet Seq = 0080771





**Funds Availability Policy Statement Message**

Thank you for banking with Wells Fargo. Please note the following change to the Consumer Account Agreement that provides information on when the funds from the checks you deposit will be available to you.

All check deposits are considered local checks. However, in some cases, the Bank will not make all the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second or third Business Day* after the day of your deposit. The first $100 of your deposit, however, may be available on the first or second Business Day*. For Opportunity Checking and Opportunity Savings accounts: $100 will be available on the first Business Day after the day of your deposit. The remaining balance will be available on the second or third Business Day* after the day of your deposit.

In addition, funds you deposit by check may be delayed for a longer period. The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the 7th or the 8th Business Day* after the day of your deposit.

For more information, refer to the March 17, 2010 Addendum to the Consumer Account Agreement or speak to a banker by calling the number shown on your statement.

* The Bank may delay availability of funds by one additional Business Day for certain checks deposited at a Bank location in Alaska. This right applies only if the check is drawn on or payable at or through a paying bank not located in Alaska.

2010 Wells Fargo Bank, N.A All rights reserved.

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

+ $

**C** **Add A and B** to calculate the subtotal. = $

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

- $

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about your Direct Deposit Advance * or Deposit Advance SM * Service**

  If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

  In your letter, give us the following information:

  1. Your name and account number
  2. The dollar amount of the suspected error
  3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

** The Deposit Advance service is not available in all states.*

©2010 Wells Fargo Bank, N.A. All rights reserved

Member FDIC.

APR-15-2010 13:26 From: 8662525641 To:9494652547 P.15/34

# Complete Advantage ® Checking



LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)
PO BOX 7200
GOODYEAR AZ 85338-0637

## Questions?

*Available by phone 24 hours a day, 7 days a week:*

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932  *TTY:* 1-888-355-6052

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

## You and Wells Fargo

Sign up for free* Account Alerts. Get timely notifications sent right to your email or wireless device when: your balance is above or below a specified amount; a withdrawal or deposit posts to your account; your daily ATM withdrawals and debit card purchases exceed an amount you choose. Sign up or log on to Online Banking and click the Account Services tab, Messages & Alerts section to get started.

*Your mobile carrier's text messaging and Web access charges may apply.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Overdraft Protection | ☑ |
| Online Statements | ☑ | Rewards Program | ☐ |
| Mobile Banking | ☐ | Auto Transfer/Payment | ☑ |
| My Spending Report | ☑ | | |



## With you when *you're interested in paying less interest*

From buying groceries to filling up your car, virtually every purchase you make with your *Wells Fargo Home Rebate Card®* counts toward paying off your mortgage.

It could add up to thousands of dollars in savings on your mortgage. Talk with us, or visit wellsfargo.com to learn more.



## Activity summary

| | |
|---|---|
| Beginning balance on 3/11 | $138.20 |
| Deposits/Additions | 4,421.57 |
| Withdrawals/Subtractions | - 2,651.09 |
| **Ending balance on 4/12** | **$1,908.68** |

Account number: **5383950663**

LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)

*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105278

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - 000005383953154

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $1,908.68 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

### Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/11 | | Bill Pay 13706 Hoa Recurringxxxx2A1A on 03-11 | | 88.91 | |
| 3/11 | | Bill Pay 7133 Hoa Recurring611 on 03-11 | | 70.00 | |
| 3/11 | | Bill Pay 8227 Globe Hoa Recurringxxxxxx2601 on 03-11 | | 70.00 | |
| 3/11 | | Bill Pay 24175 W. Tanto Recurringxxxxx x. xxxxx xx-Lat1on 03-11 | | 55.44 | |
| 3/11 | | Overdraft Protection From 5383953154 | 156.15 | | |
| 3/11 | | Overdraft Transfer Fee | | 10.00 | 0.00 |
| 3/12 | | Bill Pay 13433 Hoa Recurringxxxxxx3238 on 03-12 | | 130.81 | |
| 3/12 | | Overdraft Protection From 5383953154 | 140.81 | | |
| 3/12 | | Overdraft Transfer Fee | | 10.00 | 0.00 |
| 3/15 | | Deposit | 1,953.40 | | |
| 3/15 | | Allstate Ins CO Ins Prem Mar 10 000000944433019 Lew | | 50.65 | 1,902.75 |
| 3/22 | | Allstate Ins CO Ins Prem Mar 10 000000944433020 Lew | | 40.58 | 1,862.17 |
| 3/23 | | Deposit | 734.31 | | |
| 3/23 | | Allstate Ins CO Ins Prem Mar 10 000000986287991 Lew | | 57.54 | 2,538.94 |
| 3/25 | | Allstate Ins CO Ins Prem Mar 10 000000986287990 Lew | | 46.86 | 2,492.08 |
| 3/31 | | Recurring Transfer Ref #Opeftqv6Wx to Savings xxxxxx3154 | | 25.00 | 2,467.08 |
| 4/5 | | Withdrawal Made In A Branch/Store | | 1,947.24 | 519.84 |
| 4/9 | | Allstate Ins CO Ins Prem Apr 10 000000986005470 Lew | | 48.06 | 471.78 |
| 4/12 | | Deposit | 1,436.90 | | 1,908.68 |
| **Ending balance on 4/12** | | | | | **1,908.68** |
| **Totals** | | | **$4,421.57** | **$2,651.09** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



# ✓ IMPORTANT ACCOUNT INFORMATION



Effective with your July 1, 2010, or later statement, the monthly service fee for your Complete Advantage Checking account will be $15 per month. You may continue to waive the monthly service fee if your package is complete and has one of the following:
- A recurring monthly automatic transfer of $75 or more per transfer from this account to your Wells Fargo savings account;
- A linked Wells Fargo Home Mortgage;
- $5,000 or more in combined balances in deposit or qualifying credit accounts, including a Credit Card.

Also, on July 1, 2010, changes to the following fees will be applied:
- You will receive a $10 discount per box on all personal checks.
- The Cashed/Deposited Item Returned Unpaid fee will be $12 per item.
- Non-Wells Fargo ATM transaction, $2.50 each (U.S.) (2 per statement cycle no longer waived). Free access to 12,000 Wells Fargo/Wachovia Bank ATMs across the country. If you are a Military Banking customer, your non-Wells Fargo ATM transaction benefit remains unchanged.
- Wells Fargo Check Card Transaction Fees: The Check Card Over-the-Counter Cash Disbursement fee will be 3% of the transaction amount for international transactions. The fee for domestic (U.S.) Check Card Over-the-Counter Cash Disbursement will remain $3.

- Paper Check Image Statements:
  - Classic (10 check fronts per page), $2 per month;
  - Premium (5 check fronts/backs per page), $3.50 per month.

For questions, please contact your local banker or call the phone number at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

Due to regulatory changes, the following two modifications will apply to the Direct Deposit Advance service:
- The Annual Percentage Rate (APR) of 120% will no longer be used.
- The term 'Finance Charge' will be replaced with 'Advance Fee' when referencing the cost of the service.

Even though the APR will no longer be used to describe the cost of credit, the Direct Deposit Advance service continues to be an expensive form of credit compared to alternative credit options that may be available. There are no other immediate changes to the Direct Deposit Advance service which will continue to be available via Wells Fargo Phone Bank and Online Banking for customers who meet the eligibility requirements.

Funds Availability Policy Statement Message

Thank you for banking with Wells Fargo. Please note the following change to the Consumer Account Agreement that provides information on when the funds from the checks you deposit will be available to you.

All check deposits are considered local checks. However, in some cases, the Bank will not make all the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second or third Business Day* after the day of your deposit. The first $100 of your deposit, however, may be available on the first or second Business Day*. For Opportunity Checking and Opportunity Savings accounts: $100 will be available on the first Business Day after the day of your deposit. The remaining balance will be available on the second or third Business Day* after the day of your deposit.

In addition, funds you deposit by check may be delayed for a longer period. The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the 7th or the 8th Business Day* after the day of your deposit.

For more information, refer to the March 17, 2010 Addendum to the Consumer Account Agreement or speak to a banker by calling the number shown on your statement.



* The Bank may delay availability of funds by one additional Business Day for certain checks deposited at a Bank location in Alaska. This right applies only if the check is drawn on or payable at or through a paying bank not located in Alaska.

2010 Wells Fargo Bank, N.A. All rights reserved.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.     $ |

**B** List outstanding deposits and other credits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Total | $ |

→ + $ |

**C** Add **A** and **B** to calculate the subtotal.     = $ |

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement.   Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

→ - $ |

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.     = $ |

## General statement policies for Wells Fargo Bank

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about your Direct Deposit Advance * or Deposit Advance ℠ * Service

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared  You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

*The Deposit Advance service is not available in all states.*

©2010 Wells Fargo Bank, N.A. All rights reserved

Member FDIC.