ORDERED ACCORDINGLY.

Dated: May 04, 2010

_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge
_____

**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax: (623) 939-6718
Email: LawOffice@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

**LETHE LEW**,

                Debtor.
_____

**LETHE LEW**,

                Movant,

   v.

**BANK OF AMERICA, N.A.**,

                Respondent.

Chapter 11 Proceedings

Case No. 2:09-bk-29704-GBN

**ORDER**

RE: Real Property Located at
7133 W. Williams Street
Phoenix, Arizona 85043

Pursuant to the Debtors' Motion for Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed and Certificate of Service and No Objection, and good cause appearing,

- 1 -

IT IS HEREBY ORDERED granting the Motion for Valuation of Real Property and Avoidance of Unsecured Junior Trust Deed.

DONE IN OPEN COURT this _____ day of _____, 2010.

                                               _____
                                               Honorable George B. Nielsen, Jr.
                                               United States Bankruptcy Court