**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Phone: (623) 939-6546**
**Fax:      (623) 939-6718**
LawOffice@JoeCharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: )<br>)<br>LETHE LEW, )<br>)<br>Debtors. )<br>_____ )<br>)<br>WELLS FARGO BANK, N.A., AS )<br>TRUSTEE UNDER THE POOLING )<br>AND SERVICING AGREEMENT )<br>RELATING TO IMPAC SECURED )<br>ASSETS CORP., MORTGAGE PASS- )<br>THROUGH CERTIFICATES, SERIES )<br>2005-2, )<br>)<br>Movant, )<br>)<br>vs. )<br>)<br>LETHE LEW, Debtor; )<br>)<br>Respondents. )<br>_____ ) | Case No. 2:09-BK-29704-GBN<br><br>Chapter 11<br><br><br><br><br><br><br>OBJECTION TO MOTION<br>FOR RELIEF FROM<br>AUTOMATIC STAY<br><br>RE: Real Property Located at<br>13433 West Peck Drive<br>Litchfield Park, Arizona 85340 |

   COMES NOW the debtor, Lethe Lew, by and through counsel

undersigned, and hereby responds and objects to Wells Fargo Bank, N.A., as

Trustee Under the Pooling and Servicing Agreement Relating to Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2005-2's Motion for Relief from the Automatic Stay as follows.

Taken at face value, Movant's documents show that Matt Moua transferred the note from the original lender, Alliance Bancorp, to IMPAC Funding Corporation. There is no date on this transfer. Their exhibits also show that the Deed of Trust was transferred from the original lender to Wells Fargo Bank, N.A., as Trustee Under the Pooling and Servicing Agreement Relating to Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2005-2 on February 12, 2010.

Through Movant's exhibits, it is clear that the note and Deed of Trust are held by different parties. IMPAC Funding Corporation now has a note without a Deed of Trust and is therefore an unsecured creditor. Movant holds a Deed of Trust that secures the Debtors real property, but the Debtor does not owe Movant any money and thus Movant can never foreclose upon the Deed of Trust. Movant's Deed of Trust is therefore a nullity without any force or effect.

WHEREFORE, Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 12th day of May, 2010.


JOSEPH W. CHARLES, P.C.

By /s/ Joseph W. Charles
    JOSEPH W. CHARLES
    5704 W. Palmaire Avenue
    P.O. Box 1737
    Glendale, Arizona 85311
    Attorney for Debtors

2

1

2   COPY of the foregoing
    mailed this 12th day of
3   May, 2010, to:

4   BRIAN A. PAINO
    JOSEPHINE E. PIRANIO
5   PITE DUNCAN, LLP
6   4375 Jutland Drive, Suite 200
    San Diego, CA 92177
7   Attorney for Movant

8
     By: /s/ C. Short
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28