# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

LETHE LEW,

_____ Debtor(s)

CASE NO. *2:09-BK-29704-GBN*

### INDIVIDUAL DEBTOR ENGAGED IN BUSINESS MONTHLY REPORT

MONTH OF _____4/1/2010-4/30/2010_____

DATE PETITION FILED: _____11/18/2009_____

TAX PAYER ID NO. : _____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_____

Nature of Debtor's Business: _____Individual_____
Nature of Co-Debtor's Business:

DATE DISCLOSURE STATEMENT   FILED _____  TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____  TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____
ORIGINAL SIGNATURE OF DEBTOR

Lethe Lew
_____
PRINTED NAME OF DEBTOR

5/13/2010
_____
DATE

**PREPARER:**

_____
ORIGINAL SIGNATURE OF PREPARER

_____
PRINTED NAME OF PREPARER

**PERSON TO CONTACT REGARDING THIS REPORT:**

PHONE NUMBER:

ADDRESS:

_____
ORIGINAL SIGNATURE OF CO-DEBTOR

_____
PRINTED NAME OF CO-DEBTOR

_____
DATE

_____
TITLE

_____
DATE

_____

_____

_____

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
# INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | | |
| | | # | # | # | |
| Balance at Beginning of Period | 100.31 | 2417.13 | 1534.28 | | 4051.72 |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | 1500 | 2616.8 | 1500 | | |
| | | | | | |
| TOTAL RECEIPTS | 1500 | 2616.8 | 1500 | | |

| TOTAL DISBURSEMENTS | 1418.71 | 3798.29 | 1525.04 | | |
|---|---|---|---|---|---|

| Balance at End of Month | 181.6 | 1235.64 | 1509.24 | | |
|---|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| Total Disbursements for Calculating Quarterly Fees | |

Case 2:09-bk-29704-GBN    Doc 57    Filed 05/17/10    Entered 05/17/10 16:01:32    Desc
Main Document    Page 2 of 27

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**PLEASE ATTACH COPIES OF BANK STATEMENTS**

**Month:** April,2010

**Account #** Cash

**Bank Name** _____

### Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  | See attchment 3 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total Cash/Electronic Disbursements |  |

### Cash ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|--------------|------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total checks listed on this page** |  |  |  |  |
| **Total checks listed on continuation pages** |  |  |  |  |

**TOTAL DISBURSEMENTS FOR THE MONTH** (include cash/electronic disbursements) | |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|------------------|----------|-----------|------|---------|---|--------------------|
| Debtor |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Co-Debtor |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | Total Payroll Deductions - report on page 2 |  |  |  |

Page 3

Case 2:09-bk-29704-GBN    Doc 57    Filed 05/17/10    Entered 05/17/10 16:01:32    Desc
Main Document    Page 3 of 27

# CONTINUATION SHEET
## (INDIVIDUAL ACCOUNTS)

**PLEASE ATTACH COPIES OF BANK STATEMENTS**

**Month:** 4/1/2010-4/30/2010

**Account #** 5~~0000~~0663

~~0000~~0663

**Bank Name** Wellsfargo

| | | CHECKS ISSUED | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | SEE ATTACHED 1-2 ACCOUNT TRANSACTION PAPER | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS - THIS PAGE** | | | | |

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
| | Operating | Payroll | Tax | |
| | # | # | # | |
| Balance at Beginning of Period | | | | |

### RECEIPTS

| | | | | |
|---|---|---|---|---|
| Cash Sales | | | | |
| Accounts Roeivable - Prepetition | | | | |
| Accounts Roeivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| | | | | |
| TOTAL RECEIPTS | | | | |

### DISBURSEMENTS

| | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | | | | |
| Capitol Improvements | | | | |
| re-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| | | | | |
| | | | | |
| Reorganization Expenses: | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| TOTAL DISBURSEMENTS | | | | |

| | | | | |
|---|---|---|---|---|
| Balance at End of Month | | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** | |

# INCOME STATEMENT

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,

(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| | Current Month | Year-to-Date | Filing-to-Date |
|---|---|---|---|
| **REVENUES** | | | |
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |
| **COST OF GOODS SOLD** | | | |
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |
| GROSS PROFIT | | | |
| **OPERATING EXPENSES** | | | |
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |
| Income Before Non-operating Income and Expense | | | |
| **OTHER INCOME & EXPENSE** | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |
| Income Before Reorganization Expense | | | |
| **REORGANIZATION EXPENSES** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | 325 | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |
| Income Tax | | | |
| NET PROFIT OR (LOSS) | | | |

## COMPARATIVE BALANCE SHEET
### (Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| **POST-PETITION LIABILITIES** | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| **PRE-PETITION LIABILITIES** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 6

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 DAYS | 30-60 DAYS | 60 DAYS |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDERS | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Page 7

|  |  |
|--|--|
|  |  |

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| **Total Post-Petition Liabilities** | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| | Insiders | Amount Paid this | |
|---|---|---|---|
| Name | Reason for Payment | Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Payments to Insiders** | | | |

| | Professionals | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Approved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Payments to Proffessionals** | | | | |

Page 8

# CASE STATUS

## QUESTIONAIRE

|                                                                                      | YES | NO |
|--------------------------------------------------------------------------------------|-----|----|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? |     |    |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |     |    |
| Are any wages past due?                                                               |     |    |
| Are any U. S. Trustee quarterly fees delinquent?                                      |     |    |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Current number of employees: _____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|-------------------------|----------------|----------------|----------------------------|
|                         |                |                |                            |
|                         |                |                |                            |
|                         |                |                |                            |
|                         |                |                |                            |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

**Identify any matters that are delaying the filing of a plan of reorganization:**

Page 9

# DISBURSEMENT DETAIL
(Business Entity)

**PLEASE ATTACH COPIES OF BANK STATEMENTS**

Month: _____
Account # _____

Bank Name _____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Cash/Electronic Disbursements | | | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total checks listed on this page** | | | | |
| Total checks listed on continuation pages | | | | |

**Attachment 1: Saving Account Transaction Detail**
04/01/2010-04/30/2010

| Saving Transaction | | Deposit | Withdrawals |
|---|---|---|---|
| 4/5/2010 | Commission receipt | $ 450.00 | |
| 4/5/2010 | Cash withdraw | | $ 1,500.00 |
| 4/9/2010 | Commission receipt | $ 1,000.00 | |
| 4/30/2010 | Transfer to Checking | $ 75.00 | |
| 3/15/2010 | interest receipt | $ 0.04 | |
| Total | | $ 1,525.04 | $ 1,500.00 |

Attachment 2
04-01-2010 to 04-30-2010
Checking Transaction

| | Deposit | Withdrawals | |
|---|---|---|---|
| 4/5/2010 GMAC ( payment 13433 W Peck Drive 2 month Interest +Escrow) | | $ | 1,947.24 |
| 4/9/2010 All State-Ins 8227 W. Globe Ave | | $ | 48.06 |
| 4/12/2010 8227 W Globe Ave Rent | $ | 1,141.20 | |
| 13706 W. Peck Dr | $ | 776.85 | |
| 13433 W. Peck Dr | $ | 698.75 | |
| GMAC ( payment 13706 W Peck Drive 1 month Interest +Escrow + 1st installment) | | $ | 1,179.96 |
| 4/13/2010 13433 W Peck Dr HOA | | $ | 130.81 |
| 4/13/2010 13706 W Peck Dr (HOA) | | $ | 88.91 |
| 4/13/2010 8227 W. globe Ave (HOA) | | $ | 70.00 |
| 4/13/2010 24175 W Tonto ( HOA) | | $ | 55.44 |
| 4/14/2010 1344 W Peck Dr, Ins | | $ | 50.55 |
| 4/15/2010 Lab Corp medical bill | | $ | 35.51 |
| 4/21/2010 13706 S Peck Dr (Ins) | | $ | 40.58 |
| 4/22/2010 24175 w tonto ( Ins) | | $ | 29.27 |
| 4/26/2010 7133 W. Williams St ( Ins) | | $ | 46.86 |
| 4/30/2010 Recurring transfer to Saving in order to save the bank fee | | $ | 75.00 |
| Total | $ | 2,616.80 | $ 3,798.29 |

Attachment 3
04/01/2010-04/30/2010
Cash Transaction

| Date | Company | Description | Income | Expense | Balance |
|---|---|---|---|---|---|
| 3/30/2010 | | | | | 100.31 |
| 4/1/2010 | AUS | Parking | | 4 | 96.31 |
| 4/2/2010 | Fry's | Gas | | 20 | 76.31 |
| 4/4/2010 | Walmart | Medical | | 37.59 | 38.72 |
| 4/5/2010 | Cash form the Saving | | $1,500 | | $1,538.72 |
| 4/7/2010 | Rent | | | 750 | $788.72 |
| 4/7/2010 | Safeway | Gas | | 25 | $763.72 |
| 4/7/2010 | Walmart | Toiletrie | | 16.86 | $746.86 |
| 4/7/2010 | Hong Kong Express | Lunch | | 17.32 | $729.54 |
| 4/7/2010 | Super L Ranch | Food | | 127.54 | $602.00 |
| 4/8/2010 | Great Clip | Hair cut | | 12 | $590.00 |
| 4/9/2010 | Walmart | Food | | 20.00 | $570.00 |
| 4/10/2010 | Walmart | food | | 2.5 | $567.50 |
| 4/10/2010 | Saveway | Gas | | 25 | $542.50 |
| 4/10/2010 | Walmart | Toiletrie | | 5.44 | $537.06 |
| 4/11/2010 | papaya | Clothing | | 5.41 | $531.65 |
| 4/11/2010 | Walmart | Food | | 2.04 | $529.61 |
| 4/12/2010 | Walmart | Food | | 8.31 | $521.30 |
| 4/12/2010 | OfficeMax | food | | 25.35 | $495.95 |
| 4/13/2010 | Mcdonald | lunch | | 1.61 | $494.34 |
| 4/13/2010 | Walmart | Food | | 4.02 | $490.32 |
| 4/14/2010 | 4 Son's | Gas | | 25 | $465.32 |
| 4/14/2010 | Burger King | lunch | | 6.75 | $458.57 |
| 4/16/2010 | Mcdonald | lunch | | 1.1 | $457.47 |
| 4/18/2010 | sinclair | gas | | 25 | $432.47 |
| 4/19/2010 | Quiktrip | Gas | | 20 | $412.47 |
| 4/19/2010 | Postal office | Mail | | 3.24 | $409.23 |
| 4/20/2010 | Burger King | lunch | | 3.27 | $405.96 |
| 4/21/2010 | Fry's | Gas | | 20 | $385.96 |
| 4/23/2010 | Family Christian | Mis | | 26.09 | $359.87 |

| Date | Vendor | Description | Amount | | Balance |
|---|---|---|---|---|---|
| 4/23/2010 | Velero | Gas | 25 | | $334.87 |
| 4/25/2010 | Burger King | lunch | 3.27 | | $331.60 |
| 4/25/2010 | Safeway | Gas | 25 | | $306.60 |
| 4/25/2010 | Walmart | food | 57.11 | | $249.49 |
| 4/28/2010 | Burger King | lunch | 2.29 | | $247.20 |
| 4/29/2010 | Burger King | lunch | 6.75 | | $240.45 |
| 4/29/2010 | Circle K | Gas | 20 | | $220.45 |
| 4/29/2010 | ASU | Parking | 6 | | $214.45 |
| 4/29/2010 | fry's | food | 12.85 | | $201.60 |
| 4/30/2010 | Fry's | Gas | 20 | | $181.60 |
| Total | | | 1418.71 | 1500 | |

# Complete Advantage ® Checking

Account number: ⬛●●●●60663 ■ March 11, 2010 - April 12, 2010 ■ Page 1 of 5



LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)
PO BOX 7200
GOODYEAR AZ 85338-0637

### Questions?

*Available by phone 24 hours a day, 7 days a week*

**1-800-TO-WELLS** (1-800-869-3557)

TTY:1-800-877-4833
*En español:* 1-677-727-2932  TTY:1-888-355-6052
華語 1-800-288-2288  *(8 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

## You and Wells Fargo

Sign up for free* Account Alerts. Get timely notifications sent right to your email or wireless device when: your balance is above or below a specified amount, a withdrawal or deposit posts to your account; your daily ATM withdrawals and debit card purchases exceed an amount you choose. Sign up or log on to Online Banking and click the Account Services tab, Messages & Alerts section to get started.

*Your mobile carrier's text messaging and Web access charges may apply.

## Account options

A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Overdraft Protection | ☑ |
| Online Statements | ☑ | Rewards Program | ☐ |
| Mobile Banking | ☐ | Auto Transfer/Payment | ☑ |
| My Spending Report | ☑ | | |



### With you when *you're interested in paying less interest*

From buying groceries to filling up your car, virtually every purchase you make with your *Wells Fargo Home Rebate Card®* counts toward paying off your mortgage.

It could add up to thousands of dollars in savings on your mortgage.

Talk with us, or visit wellsfargo.com to learn more.

Account number: ●●●●●0663  ■  March 11, 2010 - April 12, 2010  ■  Page 2 of 5



## Activity summary

| | |
|---|---|
| Beginning balance on 3/11 | $138.20 |
| Deposits/Additions | 4,421.57 |
| Withdrawals/Subtractions | - 2,651.09 |
| **Ending balance on 4/12** | **$1,908.68** |

Account number: ●●●●●0563

**LETHE S M LEW**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-29704(AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN) 122105278

## Overdraft Protection

Your account is linked to the following for Overdraft Protection

■ Savings - 000005383953154

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $1,908.68 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/11 | | Bill Pay 13706 Hoa Recurringxxxx2A1A on 03-11 | | 88.91 | |
| 3/11 | | Bill Pay 7133 Hoa Recurring611 on 03-11 | | 70.00 | |
| 3/11 | | Bill Pay 8227 Globe Hoa Recurringxxxxxxx2601 on 03-11 | | 70.00 | |
| 3/11 | | Bill Pay 24175 W. Tonto Recurringxxxxxx x. xxxxx xx-L01 1on 03-11 | | 55.44 | |
| 3/11 | | Overdraft Protection From 5383953154 | 156.15 | | |
| 3/11 | | Overdraft Transfer Fee | | 10.00 | 0.00 |
| 3/12 | | Bill Pay 13433 Hoa Recurringxxxxxx3238 on 03-12 | | 130.81 | |
| 3/12 | | Overdraft Protection From 5383953154 | 140.81 | | |
| 3/12 | | Overdraft Transfer Fee | | 10.00 | 0.00 |
| 3/15 | | Deposit | 1,953.40 | | |
| 3/15 | | Allstate Ins CO Ins Prem Mar 10 000000944433019 Lew | | 50.65 | 1,902.75 |
| 3/22 | | Allstate Ins CO Ins Prem Mar 10 000000944433020 Lew | | 40.58 | 1,862.17 |
| 3/23 | | Deposit | 734.31 | | |
| 3/23 | | Allstate Ins CO Ins Prem Mar 10 000000986287991 Lew | | 67.54 | 2,638.94 |
| 3/25 | | Allstate Ins CO Ins Prem Mar 10 000000986287990 Lew | | 45.86 | 2,492.08 |
| 3/31 | | Recurring Transfer Ref #Opcffqx6Wx to Savings xxxxxx3154 | | 25.00 | 2,467.08 |
| 4/5 | | Withdrawal Made In A Branch/Store | | 1,947.24 | 519.84 |
| 4/9 | | Allstate Ins CO Ins Prem Apr 10 000000986005470 Lew | | 48.06 | 471.78 |
| 4/12 | | Deposit | 1,436.90 | | 1,908.68 |
| **Ending balance on 4/12** | | | | | **1,908.68** |
| **Totals** | | | **$4,421.57** | **$2,651.09** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

# ✓ IMPORTANT ACCOUNT INFORMATION



Account number: ●●●●●0663  ■  March 11, 2010 - April 12, 2010  ■  Page 3 of 5



Effective with your July 1, 2010, or later statement, the monthly service fee for your Complete Advantage Checking account will be $15 per month. You may continue to waive the monthly service fee if your package is complete and has one of the following:
- A recurring monthly automatic transfer of $75 or more per transfer from this account to your Wells Fargo savings account;
- A linked Wells Fargo Home Mortgage;
- $5,000 or more in combined balances in deposit or qualifying credit accounts, including a Credit Card.

Also, on July 1, 2010, changes to the following fees will be applied:
- You will receive a $10 discount per box on all personal checks.
- The Cashed/Deposited Item Returned Unpaid fee will be $12 per item.
- Non-Wells Fargo ATM transaction, $2.50 each (U.S.) (2 per statement cycle no longer waived). Free access to 12,000 Wells Fargo/Wachovia Bank ATMs across the country. If you are a Military Banking customer, your non-Wells Fargo ATM transaction benefit remains unchanged.
- Wells Fargo Check Card Transaction Fees: The Check Card Over-the-Counter Cash Disbursement fee will be 3% of the transaction amount for international transactions. The fee for domestic (U.S.) Check Card Over-the-Counter Cash Disbursement will remain $3.

- Paper Check Image Statements:
  - Classic (10 check fronts per page), $2 per month;
  - Premium (5 check fronts/backs per page), $3.50 per month.

For questions, please contact your local banker or call the phone number at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

Due to regulatory changes, the following two modifications will apply to the Direct Deposit Advance service:
- The Annual Percentage Rate (APR) of 120% will no longer be used.
- The term 'Finance Charge' will be replaced with 'Advance Fee' when referencing the cost of the service.

Even though the APR will no longer be used to describe the cost of credit, the Direct Deposit Advance service continues to be an expensive form of credit compared to alternative credit options that may be available. There are no other immediate changes to the Direct Deposit Advance service which will continue to be available via Wells Fargo Phone Bank and Online Banking for customers who meet the eligibility requirements.

Funds Availability Policy Statement Message

Thank you for banking with Wells Fargo. Please note the following change to the Consumer Account Agreement that provides information on when the funds from the checks you deposit will be available to you.

All check deposits are considered local checks. However, in some cases, the Bank will not make all the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second or third Business Day* after the day of your deposit. The first $100 of your deposit, however, may be available on the first or second Business Day*. For Opportunity Checking and Opportunity Savings accounts: $100 will be available on the first Business Day after the day of your deposit. The remaining balance will be available on the second or third Business Day* after the day of your deposit.

In addition, funds you deposit by check may be delayed for a longer period. The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the 7th or the 8th Business Day* after the day of your deposit.

For more information, refer to the March 17, 2010 Addendum to the Consumer Account Agreement or speak to a banker by calling the number shown on your statement.

Account number: 5XXXXX0663 ■ March 11, 2010 - April 12, 2010 ■ Page 4 of 5



* The Bank may delay availability of funds by one additional Business Day for certain checks deposited at a Bank location in Alaska. This right applies only if the check is drawn on or payable at or through a paying bank not located in Alaska.

2010 Wells Fargo Bank, N.A. All rights reserved.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.        $ |_____|

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

+ $ |_____|

**C** Add **A** and **B** to calculate the subtotal.      = $ |_____|

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

- $ |_____|

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ |_____|

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance** * **or Deposit Advance** ℠ * **Service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

* The Deposit Advance service is not available in all states.

©2010 Wells Fargo Bank, N.A. All rights reserved.

Member FDIC.

# Complete Advantage ® Checking

Account number: ●●●●●●0863  ■ April 13, 2010 - May 12, 2010  ■ Page 1 of 4



LETHE S M LEW
DEBTOR IN POSSESSION
CH 11 CASE 09-29704(AZ)
PO BOX 7200
GOODYEAR AZ 85338-0637

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932    *TTY:* 1-888-355-6052
華語 1-800-288-2288    *(8 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

## You and Wells Fargo

Many employers offer at no cost to you the option to automatically deposit your paycheck into your checking account via Direct Deposit service. With Direct Deposit, your check will never be lost or stolen. Also enjoy direct deposit of your social security, retirement, disability, periodic interest payments, and financial aid. Talk to your employer/provider or visit a banker and see how easy it is to set up Direct Deposit.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Overdraft Protection | ☑ |
| Online Statements | ☑ | Rewards Program | ☐ |
| Mobile Banking | ☐ | Auto Transfer/Payment | ☑ |
| My Spending Report | ☑ | | |



## With you when *you're rewarded for all your hard work*

During our Small Business Appreciation Celebration, May 1st through June 30th, you can save hundreds of dollars by taking advantage of exclusive Wells Fargo discounts. Talk with us, visit wellsfargo.com/biz or call 1-800-35 WELLS to learn more.

Account number: ●●●●●0663 ▪ April 13, 2010 - May 12, 2010 ▪ Page 2 of 4



## Activity summary

| | |
|---|---|
| Beginning balance on 4/13 | $1,908.68 |
| Deposits/Additions | 3,900.47 |
| Withdrawals/Subtractions | - 1,016.25 |
| **Ending balance on 5/12** | **$4,782.90** |

Account number: ●●●●●0663

**LETHE S M LEW**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-29704(AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105278

## Overdraft Protection

Your account is linked to the following for Overdraft Protection.
▪ Savings - ●●●●●●●●●3154

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $1,868.53 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.04 |
| Interest paid this year | $0.02 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/13 | | Bill Pay 13433 Hoa Recurringxxxxxx323B on 04-13 | | 130.81 | |
| 4/13 | | Bill Pay 13706 Hoa Recurringxxxx2A1A on 04-13 | | 88.91 | |
| 4/13 | | Bill Pay 8227 Globe Hoa Recurringxxxxxxx2601 on 04-13 | | 70.00 | |
| 4/13 | | Bill Pay 24175 W. Tonto Recurringxxxxx x. xxxxx xx-Lot1on 04-13 | | 55.44 | 1,563.52 |
| 4/14 | | Allstate Ins CO Ins Prem Apr 10 000000944433019 Lew | | 50.65 | 1,512.87 |
| 4/15 | 1038 | Check | | 35.51 | 1,436.78 |
| 4/21 | | Allstate Ins CO Ins Prem Apr 10 000000944433020 Lew | | 40.59 | 1,407.51 |
| 4/22 | | Allstate Ins CO Ins Prem Apr 10 000000986287991 Lew | | 29.27 | 1,360.65 |
| 4/26 | | Allstate Ins CO Ins Prem Apr 10 000000986287990 Lew | | 46.86 | 1,285.65 |
| 4/30 | | Recurring Transfer Ref #Ope28Nmsk to Savings xxxxx3154 | | 75.00 | |
| 5/3 | | Deposit | 182.40 | | 1,468.07 |
| 5/3 | | Interest Payment | 0.02 | | 2,168.07 |
| 5/6 | | Deposit | 700.00 | | |
| 5/10 | | Deposit | 3,018.05 | | 5,136.06 |
| 5/10 | | Allstate Ins CO Ins Prem May 10 000000986005470 Lew | | 48.08 | |
| 5/11 | | Bill Pay 13706 Hoa Recurringxxxx2A1A on 05-11 | | 88.91 | |
| 5/11 | | Bill Pay 8227 Globe Hoa Recurringxxxxxxx2601 on 05-11 | | 70.00 | |
| 5/11 | | Bill Pay 24175 W. Tonto Recurringxxxxx x. xxxxx xx-Lot1on 05-11 | | 55.44 | 4,923.71 |
| 5/12 | | Bill Pay 13433 Hoa Recurringxxxxxx323B on 05-12 | | 130.81 | 4,792.90 |
| **Ending balance on 5/12** | | | | | **4,792.90** |
| **Totals** | | | **$3,900.47** | **$1,016.25** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 1038 | 4/15 | 35.51 |

Account number: **███████0663**  ■ April 13, 2010 - May 12, 2010  ■ Page 3 of 4



Text Banking for Everyone

Now anyone with a Mobile Phone can text Wells Fargo for account balances!

All customers can now monitor their accounts while they are on-the-go with Text Banking". Go to wf.com/text on your mobile device to sign up. After you sign up, a simple text request sent to 93557 (WELLS), such as "bal" provides current available account balances**, "atm" delivers the address of the nearest Wells Fargo ATM, "due" returns credit card payment information, and "com" will display back all our text commands. Also, customers with web-enabled phones can use wf.com, our optimized mobile website, to do even more such as transfer funds and pay bills. Start Mobile Banking today.

*Text and Mobile Banking is free from Wells Fargo, but your mobile carrier's text messaging and web access charges may apply.

**Please note that some transaction activities (such as outstanding checks and some Check Card purchases) may not be reflected in your available balances.

# ✓ IMPORTANT ACCOUNT INFORMATION


Changes to your Consumer Checking account

Currently, Wells Fargo may approve your ATM and everyday debit card transactions even if you do not have sufficient available funds at the time of the transaction. Beginning August 13, 2010, unless you provide your consent, we will no longer approve those transactions and no overdraft fees will be assessed on these transactions.

To learn more, please review the enclosed brochure titled "Important Changes to your Consumer Checking account" and review the federally required disclosure that is printed on the last page of this statement. You can also visit wellsfargo.com/overdraftservices for additional information.



Account number: ████████663  ■ April 13, 2010 - May 12, 2010  ■ Page 4 of 4

---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period

**A** Enter the ending balance on this statement.          $ |

**B** List outstanding deposits and other credits to your account that do not appear on this statement   Enter the total in the column to the right

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total** $ | |

+ $ |

**C** Add **A** and **B** to calculate the subtotal.

= $ |

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement.   Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** $ | |

- $ |

**E** Subtract **D** from **C** to calculate the adjusted ending balance  This amount should be the same as the current balance shown in your register.

= $ |

---

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
3. Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance ● service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible  We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question

©2010 Wells Fargo Bank, N.A. All rights reserved

Member FDIC  



---

**Federally Required Disclosure**

# What You Need To Know About Overdrafts And Overdraft Fees

An <u>overdraft</u> occurs when you do not have enough money in your account to cover a transaction but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have <u>standard overdraft practices</u> that come with your account.
2. We also offer <u>overdraft protection plans</u>, such as a link to an eligible savings account, eligible line of credit or eligible credit card, which may be less expensive than our standard overdraft practices. To learn more, ask us about these plans.

This notice explains our <u>standard overdraft practices</u>.

## What are the <u>standard overdraft practices</u> that come with my account?

We <u>do</u> authorize and pay overdrafts for the following types of transactions:

- Checks and other transactions made using your checking account number
- Automatic bill payments (such as recurring debit card and ACH payments)

If we do not hear from you, effective August 13, 2010, we <u>will not</u> authorize and pay overdrafts for the following types of transactions unless you ask us to (see below):

- ATM transactions
- Everyday debit card transactions (such as one-time debit card and ATM card purchases)

We pay overdrafts at our discretion, which means we <u>do not guarantee</u> that we will always authorize and pay any type of transaction.

If we do <u>not</u> authorize and pay an overdraft, your transaction will be declined.

## What fees will be charged if Wells Fargo Bank, N.A. ("Wells Fargo") pays my overdraft?

Under our <u>standard overdraft practices</u>:

- We will charge you a fee of up to $35 each time we pay an overdraft item to your account.
- There is a limit of **four** overdraft and returned item fees per day.

## What if I want Wells Fargo to authorize and pay overdrafts on my ATM and everyday debit card transactions?

If you want us to continue to authorize and pay overdrafts on ATM and everyday debit card transactions[1], call (877) 804-4883.

[1] Not available for certain accounts, such as *Teen Checking*™, *Opportunity Checking*®, and Savings.

© 2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. CRS85&S (3-10 129459)

For Consumer Deposit Accounts Only

## Wells Fargo Account Activity

 **Wells Fargo Business Online®**

### Account Activity

Personal Accounts

SAVINGS XXXXXX3154

#### Activity Summary

| | |
|---|---|
| Ending Balance as of 05/14/10 | $550.34 |
| Available Balance | $550.34 |
| Interest earned this period | $0.01 |
| Interest paid year-to-date | $0.08 |

#### Transactions

Show. All Transactions for Date Range 04/01/10 to 04/30/10

| Date ▲ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| Pending Transactions | | | |
| No pending transactions meet your criteria above. | | | |
| Posted Transactions | | | |
| 04/05/10 | DEPOSIT MADE IN A BRANCH/STORE #200794291 | $450.00 | |
| 04/05/10 | WITHDRAWAL MADE IN A BRANCH/STORE | | $1,500.00 |
| 04/09/10 | DEPOSIT #271648501 | $1,000.00 | |
| 04/30/10 | RECURRING TRANSFER REF #OPE2RNMSLK FROM COMPLETE ADVANTAGE(RM) XXXXXX0663 | $75.00 | |
| 04/30/10 | INTEREST PAYMENT | $0.04 | |
| Totals | | $1,525.04 | $1,500.00 |

🏠 Equal Housing Lender

© 1995 – 2010 Wells Fargo. All rights reserved

*No monthly statement. It comes out quarterly per bank new policy*

**Wells Fargo Statements & Documents**                                          Page 1 of 1


**Wells Fargo Business Online®**

### Statements & Documents

Personal Accounts

Account
SAVINGS XXXXXX3154        · ⟨Go⟩

**SAVINGS XXXXXX3154**

Checking statements are available online for up to 7 years

**Recent Statements | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003**

Statements (in PDF * format) 

📄 Statement 03/31/10 (38K)

📄 Statement 02/26/10 (34K)

📄 Statement 01/31/10 (21K)

📄 Statement 12/31/09 (72K)

Legal Notices regarding your account(s) will be available to view online through the "Available Online Until" date displayed above. Please review the information by that date, or download or
print it for future reference.

* You need Adobe ⓡ Reader ® to read PDF files.  Download Adobe Reader  for free  Important Reminder: Accessing PDFs from a Mac or a PC may require additional customer action.
Learn More

Wells Fargo will notify you when your account statement is available online. If we do not have a valid email address for you, we cannot provide this notice and will have to switch future
online statements to paper statements via U.S. mail. As an online customer, you are responsible for notifying us if you change your email address. Please refer to the Online Access
Agreement for details. If you receive both paper and online statements on an account, we will not notify you by email when your online statement is ready.

🏠 Equal Housing Lender
© 1995 – 2010 Wells Fargo  All rights reserved.

*Did not show have April statement
from the bank. Request to get
Monthly statement –*